Thomas R. Curtin
George C. Jones
Kathleen N. Fennelly
GRAHAM CURTIN
A Professional Association
4 Headquarters Plaza
P.O. Box 1991
Morristown, New Jersey 07928-1991
Telephone:   (973) 292-1700
Facsimile:    (973) 292-1767

Attorneys for Plaintiffs
LG ELECTRONICS U.S.A., INC.,
LG ELECTRONICS, INC., &
LG ELECTRONICS MONTERREY
MEXICO, S.A., DE, CV

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| LG ELECTRONICS U.S.A., INC., LG ELECTRONICS, INC., & LG ELECTRONICS MONTERREY MEXICO, S.A., DE, CV, <br><br> Plaintiffs, <br> v. <br><br> WHIRLPOOL CORPORATION, WHIRLPOOL PATENTS COMPANY, WHIRLPOOL MANUFACTURING CORPORATION, & MAYTAG CORPORATION, <br><br> Defendants. | : : : : : : : : : : : : : : : : : | Civil Action No. _____ <br><br><br><br><br><br><br> **FED.R.CIV.P. 7.1** <br> **CORPORATE DISCLOSURE** <br> **STATEMENT OF PLAINTIFFS** |

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiffs certifies as follows:

      1.    Plaintiffs LG Electronics U.S.A., Inc. and LG Electronics Monterrey Mexico, S.A., DE, CV are wholly-owned subsidiaries of plaintiff LG Electronics, Inc, a publicly traded Korean corporation.

568291_1

2.      No publicly held corporation owns 10% or more of the stock of plaintiff LG Electronics, Inc.

Dated:  April 16, 2008                                Respectfully submitted,

*/s/ Thomas R. Curtin*
Thomas R. Curtin
George C. Jones
Kathleen N. Fennelly
GRAHAM CURTIN
A Professional Association
4 Headquarters Plaza
P.O. Box 1991
Morristown, NJ  07962-1991
Tel:  (973) 292-1700

Richard L. Stroup
Anand K. Sharma
Walter D. Davis, Jr.
FINNEGAN, HENDERSON,
  FARABOW, GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001-4413

Attorneys for Plaintiffs
LG ELECTRONICS U.S.A., INC.,
LG ELECTRONICS, INC., &
LG ELECTRONICS MONTERREY
MEXICO, S.A., DE, CV