Thomas R. Curtin
George C. Jones
Kathleen N. Fennelly
GRAHAM CURTIN
A Professional Association
4 Headquarters Plaza
P.O. Box 1991
Morristown, New Jersey  07962-1991
(973)-292-1700
Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LG ELECTRONICS U.S.A., INC., <br> LG ELECTRONICS, INC., & <br> LG ELECTRONICS MONTERREY <br> MEXICO, S.A., DE, CV, <br><br> Plaintiffs, <br> v. <br><br> WHIRLPOOL CORPORATION, <br> WHIRLPOOL PATENTS COMPANY, <br> WHIRLPOOL MANUFACTURING <br> CORPORATION, & MAYTAG <br> CORPORATION, <br><br> Defendants. | Civil Action No. 08-1869 (FSH) (PS) <br><br> Hon. Faith S. Hochberg, U.S.D.J. <br> Hon. Patty Shwartz, U.S.M.J. <br><br><br><br><br><br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that George C. Jones, Esq., of the law firm of Graham Curtin,

A Professional Association, hereby enters his appearance as counsel on behalf of plaintiffs.

 */s/ George C. Jones*
 George C. Jones
 GRAHAM CURTIN
 A Professional Association
 4 Headquarters Plaza
 P.O. Box 1991
 Morristown, New Jersey 07962-1991
 Telephone: (973) 292-1700
 Facsimile:  (973) 292-1767
Dated: April 18, 2008              Attorneys for Plaintiff

568719_1