AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ New Jersey _____

LG ELECTRONICS U.S.A., INC.,
LG ELECTRONICS, INC., et al.

**SUMMONS IN A CIVIL ACTION**

V.

WHIRLPOOL CORPORATION,
WHIRLPOOL PATENTS COMPANY, et al.

Please see attached Rider for full caption

CASE NUMBER:  08 - 1869 (FSH)

TO: (Name and address of Defendant)

WHIRLPOOL PATENTS COMPANY
500 Renaissance Drive, Suite 102
St. Joseph, MI 49085

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas R. Curtin
GRAHAM CURTIN
A Professional Association
4 Headquarters Plaza
P.O. Box 1991
Morristown, NJ 07962-1991

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH

CLERK

(By) DEPUTY CLERK

DATE  4/17/2008

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE *4-23-08* |
|---|---|
| NAME OF SERVER (PRINT) *WILLIAM DROTOZ* | TITLE *CERTIFIED PROCESS SERVER Michigan* |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: *Whirlpool PATENTS Co.*
*211 HILLTOP ST-JOE Michigan 49085* *1:47pm*
*(LEGAL DEPT) ERIC ShASON Senior Legal Counsel.* *4-23-08*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  *4-23-08*          *William Drotoz*
         Date          Signature of Server

         *2035 S. 13th Niles Mich 49120*
         Address of Server

.(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Thomas R. Curtin
George C. Jones
Kathleen N. Fennelly
GRAHAM CURTIN
A Professional Association
4 Headquarters Plaza
P.O. Box 1991
Morristown, New Jersey 07928-1991
Telephone:    (973) 292-1700
Facsimile:    (973) 292-1767

Richard L. Stroup
Anand K. Sharma
Walter D. Davis, Jr.
FINNEGAN, HENDERSON,
  FARABOW, GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001-4413

Attorneys for Plaintiffs
LG ELECTRONICS U.S.A., INC.,
LG ELECTRONICS, INC., &
LG ELECTRONICS MONTERREY
MEXICO, S.A., DE, CV

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| LG ELECTRONICS U.S.A., INC., LG ELECTRONICS, INC., & LG ELECTRONICS MONTERREY MEXICO, S.A., DE, CV,<br><br>    Plaintiffs,<br>    v.<br><br>WHIRLPOOL CORPORATION, WHIRLPOOL PATENTS COMPANY, WHIRLPOOL MANUFACTURING CORPORATION, & MAYTAG CORPORATION,<br><br>    Defendants. | : : : : : : : : : : : : : : : : | Civil Action No. 08-cv-1869 (FSH)<br><br><br>**COMPLAINT FOR DECLARATORY JUDGMENT** |