Thomas R. Curtin
George C. Jones
Kathleen N. Fennelly
GRAHAM CURTIN
A Professional Association
4 Headquarters Plaza
P.O. Box 1991
Morristown, New Jersey 07962-1991
(973)-292-1700
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LG ELECTRONICS U.S.A., INC., LG ELECTRONICS, INC., & LG ELECTRONICS MONTERREY MEXICO, S.A., DE, CV,  Plaintiffs, v. WHIRLPOOL CORPORATION, WHIRLPOOL PATENTS COMPANY, WHIRLPOOL MANUFACTURING CORPORATION, & MAYTAG CORPORATION,  Defendants. | Civil Action No. 08-1869 (FSH) (PS)  Hon. Faith S. Hochberg, U.S.D.J. Hon. Patty Shwartz, U.S.M.J.   NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Kathleen N. Fennelly, Esq., of the law firm of Graham Curtin, A Professional Association, hereby enters her appearance as counsel on behalf of plaintiffs.

/s/ Kathleen N. Fennelly

Kathleen N. Fennelly
GRAHAM CURTIN
A Professional Association
4 Headquarters Plaza
P.O. Box 1991
Morristown, New Jersey 07962-1991
Telephone: (973) 292-1700
Facsimile: (973) 292-1767
Attorneys for Plaintiff

Dated: May 2, 2008

573361_1