**BAKER BOTTS L.L.P.**
Seth T. Taube (ST 6088)
Richard B. Harper (RH 5979)
Lance D. Cassak (LC 3116)
30 Rockefeller Plaza
New York, New York  10112
Tel:     (212) 408-2500
Fax:    (212) 408-2501
*Attorneys for Defendants*
*Whirlpool Corp., Whirlpool Patents Co.,*
*Whirlpool Manufacturing Corp., and Maytag Corp.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LG ELECTRONICS U.S.A., INC., LG ELECTRONICS, INC., & LG ELECTRONICS MONTERREY MEXICO, S.A., DE, CV,<br><br>Plaintiffs,<br><br>v.<br><br>WHIRLPOOL CORP., WHIRLPOOL PATENTS CO., WHIRLPOOL MANUFACTURING CORP., and MAYTAG CORP.<br>Defendants. | CIVIL ACTION<br><br>Civil Action No. 2:08-cv-1869<br><br>HONORABLE JUDGE FAITH S. HOCHBERG<br><br>**AMENDED CERTIFICATE OF SERVICE** |

I hereby certify that Defendants' Notice of Motion and Motion for Extension of Time to Respond to Plaintiffs' Complaint Persuant to Rule 12(a)(4); Defendants' Memorandum of Law in Support of Motion for Extension of Time to Respond to Plaintiffs' Complaint Persuant to Rule 12(a)(4); and [Proposed] Order were filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and courtesy

NY02:622784.1

copies will be sent by electronic mail to those indicated as non-registered participants and such other persons as agreed to by the parties.

/s/ Richard B. Harper
Richard B. Harper (RH 5979)