# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### OFFICE OF THE CLERK

50 Walnut Street
NEWARK, NEW JERSEY 07101

**CAMDEN OFFICE**
1 John F. Gerry Plaza
CAMDEN, NJ 08101

WILLIAM T. WALSH
Clerk

**TRENTON OFFICE**
402 EAST STATE STREET
ROOM 2020
TRENTON, NJ 08608

REPLY TO: <u>NEWARK</u>

Peter T. Dalleo, Clerk
J. Caleb Boggs Federal Bldg.
844 North King Street
Wilmington, DE 19801-3570

Re:   **LG Electronics U.S. A. Inc. -v- Whirlpool Corporation, et al**
      **Civil 08-1869**

Dear Clerk:

The above-captioned case has been transferred to your court pursuant to the enclosed Certified copy of the Order dated 5/15/2008 you can obtain the original record by accessing CM/ECF through PACER. Kindly acknowledge receipt on the duplicate of this letter, which is provided for your convenience.

Very truly yours,

WILLIAM T. WALSH, Clerk

By: *Norma Rodriguez*
    Norma Rodriguez
    Deputy Clerk

**RECEIPT ACKNOWLEDGED BY:** _____   **DATE:** _____.

**YOUR CIVIL DOCKET NUMBER:** _____.

### Instructions for Retrieving Electronic Case Files

1. Access the CM/ECF website for the District of New Jersey at https://ecf.njd.uscourts.gov

2. Click on:   Link to Electronic Filings System (Live)

3. At the ECF/PACER Login Screen, enter your Court's PACER Login and Password

4. On the CM/ECF toolbar, choose:

   - Reports
   - Docket Sheet
   - Enter Case Number in the following format:
   - Run Report

     ▸ To view a document from the docket sheet, click on the blue "underlined" document number;

     ▸ To download, click on File>Save a Copy and save to your specific directory;

     ▸ If the document does not have an underlined document number, it is either:

       - A text only entry and no document is attached, or
       - An entry made prior to electronic case filing and the original is enclosed, or
       - The document included an attachment too large for the electronic case filing system and is enclosed.

If you have any questions, our ECF help-desk telephone numbers are as follows:

   ▸ Camden - 866-726-0726 or 856-757-5285
   ▸ Newark - 866-208-1405 or 973-645-5924
   ▸ Trenton - 866-848-6059 or 609-989-2004