CLOSED

# U.S. District Court
## District of New Jersey [LIVE] (Newark)
## CIVIL DOCKET FOR CASE #: 2:08–cv–01869–FSH–PS

| | |
|---|---|
| LG ELECTRONICS U.S.A., INC. et al v. WHIRLPOOL CORPORATION et al | Date Filed: 04/16/2008 |
| | Date Terminated: 05/21/2008 |
| Assigned to: Judge Faith S. Hochberg | Jury Demand: None |
| Referred to: Magistrate Judge Patty Shwartz | Nature of Suit: 890 Other Statutory Actions |
| Cause: 28:2201 Declaratory Judgement | Jurisdiction: Federal Question |

**Plaintiff**

**LG ELECTRONICS U.S.A., INC.**          represented by   **KATHLEEN M. FENNELLY**
GRAHAM, CURTIN, PA
4 HEADQUARTERS PLAZA
PO BOX 1991
MORRISTOWN, NJ 07962–1991
(973) 292–1700
Fax: (973) 292–1767
Email: kfennelly@grahamcurtin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**THOMAS R. CURTIN**
GRAHAM CURTIN, PA
4 HEADQUARTERS PLAZA
PO BOX 1991
MORRISTOWN, NJ 07962–1991
(973) 292–1700
Fax: (973) 292–1767
Email: tcurtin@grahamcurtin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**GEORGE C. JONES**
GRAHAM CURTIN, PA
4 HEADQUARTERS PLAZA
PO BOX 1991
MORRISTOWN, NJ 07962
(973) 292–1700
Fax: (973) 292–1767
Email: gjones@GrahamCurtin.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**LG ELECTRONICS, INC.**          represented by   **KATHLEEN M. FENNELLY**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**THOMAS R. CURTIN**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**GEORGE C. JONES**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**LG ELECTRONICS MONTERREY MEXICO, S.A., DE, CV**  represented by  **KATHLEEN M. FENNELLY**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**THOMAS R. CURTIN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**GEORGE C. JONES**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**WHIRLPOOL CORPORATION**  represented by  **RICHARD B. HARPER**
BAKER BOTTS, LLP
30 ROCKERFELLER PLAZA
NEW YORK, NY 10112
(212) 408−2675
Fax: (212) 259−2475
Email: richard.harper@bakerbotts.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**WHIRLPOOL PATENTS COMPANY**  represented by  **RICHARD B. HARPER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**WHIRLPOOL MANUFACTURING CORPORATION**  represented by  **RICHARD B. HARPER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MAYTAG CORPORATION**  represented by  **RICHARD B. HARPER**
(See above for address)
*LEAD ATTORNEY*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/16/2008 | Ï 1 | COMPLAINT against MAYTAG CORPORATION, WHIRLPOOL CORPORATION, WHIRLPOOL PATENTS COMPANY, WHIRLPOOL MANUFACTURING CORPORATION ( Filing fee $ 350 receipt number 1956606.) NONE, filed by LG ELECTRONICS U.S.A., INC., LG ELECTRONICS, INC., LG ELECTRONICS MONTERREY MEXICO, S.A., DE, CV. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Summons to Maytag Corporation, # 7 Summons to Whirlpool Corporation, # 8 Summons to Whirlpool Manufacturing Corporation, # 9 Summons to Whirlpool Patents Company, # 10 Civil Cover Sheet)(ld, ) (Entered: 04/17/2008) |
| 04/16/2008 | Ï 2 | Corporate Disclosure Statement by LG ELECTRONICS U.S.A., INC., LG ELECTRONICS MONTERREY MEXICO, S.A., DE, CV identifying LG Electronics, Inc. as Corporate Parent.. (ld, ) (Entered: 04/17/2008) |
| 04/17/2008 | Ï 3 | Summons Issued as to MAYTAG CORPORATION, WHIRLPOOL CORPORATION, WHIRLPOOL PATENTS COMPANY, WHIRLPOOL MANUFACTURING CORPORATION. Days Due – 20. (SUMMONS MAILED TO COUNSEL) (ld, ) (Entered: 04/17/2008) |
| 04/18/2008 | Ï 4 | NOTICE of Appearance by GEORGE C. JONES on behalf of LG ELECTRONICS U.S.A., INC., LG ELECTRONICS, INC., LG ELECTRONICS MONTERREY MEXICO, S.A., DE, CV (JONES, GEORGE) (Entered: 04/18/2008) |
| 05/01/2008 | Ï 5 | MOTION to Dismiss by MAYTAG CORPORATION, WHIRLPOOL CORPORATION, WHIRLPOOL PATENTS COMPANY, WHIRLPOOL MANUFACTURING CORPORATION. (Attachments: # 1 Text of Proposed Order)(HARPER, RICHARD) (Entered: 05/01/2008) |
| 05/01/2008 | Ï 6 | BRIEF in Support re 5 MOTION to Dismiss filed by MAYTAG CORPORATION, WHIRLPOOL CORPORATION, WHIRLPOOL PATENTS COMPANY, WHIRLPOOL MANUFACTURING CORPORATION. (HARPER, RICHARD) (Entered: 05/01/2008) |
| 05/01/2008 | Ï 7 | DECLARATION of Richard B. Harper re 5 MOTION to Dismiss by MAYTAG CORPORATION, WHIRLPOOL CORPORATION, WHIRLPOOL PATENTS COMPANY, WHIRLPOOL MANUFACTURING CORPORATION. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(HARPER, RICHARD) (Entered: 05/01/2008) |
| 05/01/2008 | Ï 8 | MOTION to Transfer Case to District of Delaware by MAYTAG CORPORATION, WHIRLPOOL CORPORATION, WHIRLPOOL PATENTS COMPANY, WHIRLPOOL MANUFACTURING CORPORATION. (Attachments: # 1 Text of Proposed Order)(HARPER, RICHARD) (Entered: 05/01/2008) |
| 05/01/2008 | Ï 9 | BRIEF in Support re 8 MOTION to Transfer Case to District of Delaware filed by MAYTAG CORPORATION, WHIRLPOOL CORPORATION, WHIRLPOOL PATENTS COMPANY, WHIRLPOOL MANUFACTURING CORPORATION. (HARPER, RICHARD) (Entered: 05/01/2008) |

| | | |
|---|---|---|
| 05/01/2008 | Ï 10 | DECLARATION of Richard B. Harper re 8 MOTION to Transfer Case to District of Delaware by MAYTAG CORPORATION, WHIRLPOOL CORPORATION, WHIRLPOOL PATENTS COMPANY, WHIRLPOOL MANUFACTURING CORPORATION. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15)(HARPER, RICHARD) (Entered: 05/01/2008) |
| 05/02/2008 | Ï 11 | SUMMONS Returned Executed by LG ELECTRONICS U.S.A., INC., LG ELECTRONICS, INC., LG ELECTRONICS MONTERREY MEXICO, S.A., DE, CV. WHIRLPOOL CORPORATION served on 4/17/2008, answer due 5/7/2008. (FENNELLY, KATHLEEN) (Entered: 05/02/2008) |
| 05/02/2008 | Ï 12 | SUMMONS Returned Executed by LG ELECTRONICS U.S.A., INC., LG ELECTRONICS, INC., LG ELECTRONICS MONTERREY MEXICO, S.A., DE, CV. WHIRLPOOL PATENTS COMPANY served on 4/17/2008, answer due 5/7/2008. (FENNELLY, KATHLEEN) (Entered: 05/02/2008) |
| 05/02/2008 | Ï 13 | SUMMONS Returned Executed by LG ELECTRONICS U.S.A., INC., LG ELECTRONICS, INC., LG ELECTRONICS MONTERREY MEXICO, S.A., DE, CV. WHIRLPOOL MANUFACTURING CORPORATION served on 4/17/2008, answer due 5/7/2008. (FENNELLY, KATHLEEN) (Entered: 05/02/2008) |
| 05/02/2008 | Ï 14 | SUMMONS Returned Executed by LG ELECTRONICS U.S.A., INC., LG ELECTRONICS, INC., LG ELECTRONICS MONTERREY MEXICO, S.A., DE, CV. MAYTAG CORPORATION served on 4/17/2008, answer due 5/7/2008. (FENNELLY, KATHLEEN) (Entered: 05/02/2008) |
| 05/02/2008 | Ï 15 | NOTICE of Appearance by KATHLEEN M. FENNELLY on behalf of LG ELECTRONICS U.S.A., INC., LG ELECTRONICS, INC., LG ELECTRONICS MONTERREY MEXICO, S.A., DE, CV (FENNELLY, KATHLEEN) (Entered: 05/02/2008) |
| 05/07/2008 | Ï 16 | MOTION for Extension of Time to File Response/Reply *To Plaintiffs' Complaint Pursuant to Rule 12(a)4* by MAYTAG CORPORATION, WHIRLPOOL CORPORATION, WHIRLPOOL PATENTS COMPANY, WHIRLPOOL MANUFACTURING CORPORATION. (HARPER, RICHARD) (Entered: 05/07/2008) |
| 05/07/2008 | Ï 17 | BRIEF in Support re 16 MOTION for Extension of Time to File Response/Reply *To Plaintiffs' Complaint Pursuant to Rule 12(a)4* filed by MAYTAG CORPORATION, WHIRLPOOL CORPORATION, WHIRLPOOL PATENTS COMPANY, WHIRLPOOL MANUFACTURING CORPORATION. (HARPER, RICHARD) (Entered: 05/07/2008) |
| 05/07/2008 | Ï | Set Deadlines as to 16 MOTION for Extension of Time to File Response/Reply *To Plaintiffs' Complaint Pursuant to Rule 12(a)4*. Motion Hearing set for 6/2/2008 10:00 AM before Judge Faith S. Hochberg. (nr, ) (PLEASE BE ADVISED THAT THIS MOTION WILL BE DECIDED ON THE PAPERS UNLESS OTHERWISE NOTIFIED BT THE COURT) (Entered: 05/12/2008) |
| 05/08/2008 | Ï 18 | CERTIFICATE OF SERVICE by MAYTAG CORPORATION, WHIRLPOOL CORPORATION, WHIRLPOOL PATENTS COMPANY, WHIRLPOOL MANUFACTURING CORPORATION re 16 MOTION for Extension of Time to File Response/Reply *To Plaintiffs' Complaint Pursuant to Rule 12(a)4*, 17 Brief in Support of Motion, *(AMENDED)* (HARPER, RICHARD) (Entered: 05/08/2008) |

| | | |
|---|---|---|
| 05/15/2008 | Ï 19 | MOTION to Stay *Pursuant to 28 U.S.C. Section 1659* by LG ELECTRONICS U.S.A., INC., LG ELECTRONICS, INC., LG ELECTRONICS MONTERREY MEXICO, S.A., DE, CV. (Attachments: # 1 Text of Proposed Order, # 2 Brief, # 3 Declaration of George C. Jones, # 4 Exhibit A to Jones Declaration, # 5 Exhibit B, Part 1 to Jones Declaration, # 6 Exhibit B, Part 2 to Jones Declaration, # 7 Exhibit B, Part 3 to Jones Declaration, # 8 Exhibit B, Part 4 to Jones Declaration, # 9 Exhibit C to Jones Declaration, # 10 Certificate of Service)(CURTIN, THOMAS) (Entered: 05/15/2008) |
| 05/15/2008 | Ï 20 | STIPULATION re 8 MOTION to Transfer Case to District of Delaware *with Text of Proposed Order* by LG ELECTRONICS U.S.A., INC., LG ELECTRONICS, INC., LG ELECTRONICS MONTERREY MEXICO, S.A., DE, CV. (CURTIN, THOMAS) (Entered: 05/15/2008) |
| 05/20/2008 | Ï 21 | STIPULATION AND ORDER transferring action to the District of Delaware. Signed by Judge Faith S. Hochberg on 05/19/2008. (nr, ) (Entered: 05/21/2008) |
| 05/21/2008 | Ï | ***Civil Case Terminated. (nr, ) (Entered: 05/21/2008) |
| 05/27/2008 | Ï 22 | Letter transferring this action to Wilmington DE (nr, ) (Entered: 05/28/2008) |