IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG ELECTRONICS U.S.A., INC., LG ELECTRONICS, INC., and LG ELECTRONICS MONTERREY MEXICO, S.A., DE, CV,<br><br>Plaintiffs,<br><br>v.<br><br>WHIRLPOOL CORPORATION, WHIRLPPL PATENTS CO., WHIRLPOOL MANUFACTURING CORP., and MAYTAG CORP.,<br><br>Defendants. | )<br>)<br>)<br>)<br>) C. A. No. 08-332-UNA<br>)<br>) (Transferred from the District of New<br>) Jersey -- c.a. no. 08-1869-FSH)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Anne Shea Gaza and the law firm of Richards, Layton & Finger, P.A. hereby enter their appearance on behalf of Defendants, Whirlpool Corporation, Whirlpool Patents Company, Whirlpool Manufacturing Corporation and Maytag Corporation.

OF COUNSEL:
Scott F. Partridge
Paul R. Morico
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002
(713) 229-1569
scott.partridge@bakerbotts.com
paul.morico@bakerbotts.com

Dated: June 5, 2008

/s/ Anne Shea Gaza
Frederick L. Cottrell, III (#2555)
Anne Shea Gaza (#4093)
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
One Rodney Square
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
gaza@rlf.com

*Attorneys For Defendants Whirlpool Corporation, Whirlpool Patents Company, Whirlpool Manufacturing Corporation and Maytag Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2008, I electronically filed the foregoing document and the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following who have also been served as noted:

**VIA HAND DELIVERY AND ELECTRONIC MAIL**

Steven J. Balick
John G. Day
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE 19899

**VIA ELECTRONIC MAIL**

Richard L. Stroup
Patrick J. Coyne
Anand K. Sharma
Andrew C. Sonu
Walter D. Davis, Jr.
Jeffrey W. Abraham
K. Kevin Mun
Hayley S. Weimer
Parmanand K. Sharma
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413

Thomas R. Curtin
George C. Jones
Kathleen N. Fennelly
Graham Curtin, A Professional Association
4 Headquarters Plaza
P.O. Box 1991
Morristown, NJ 07928-1991

*/s/ Anne Shea Gaza*
Anne Shea Gaza (#4093)
gaza@rlf.com