# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG ELECTRONICS U.S.A., INC., <br> LG ELECTRONICS, INC., and <br> LG ELECTRONICS MONTERREY MEXICO <br> S.A., DE, CV, <br><br> Plaintiffs, <br><br> v. <br><br> WHIRLPOOL CORPORATION, <br> WHIRLPOOL PATENTS COMPANY, <br> WHIRLPOOL MANUFACTURING CORPORATION <br> and MAYTAG CORPORATION, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 08-332 GMS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ENTRY OF APPEARANCE

**PLEASE TAKE NOTICE** that Richard K. Herrmann and the law firm of Morris James LLP enter their appearance on behalf of Plaintiffs LG Electronics U.S.A., Inc., LG Electronics, Inc. and LG Electronics Monterrey Mexico S.A., DE, CV.

Dated: June 13, 2008

                                                 */s/ Richard K. Herrmann*
                                                 Richard K. Herrmann (I.D. #405)
                                                 Mary B. Matterer (I.D. #2696)
                                                 Amy A. Quinlan (I.D. #3021)
                                                 MORRIS JAMES LLP
                                                 500 Delaware Avenue, Suite 1500
                                                 Wilmington, DE 19801-1494
                                                 (302) 888-6800
                                                 rherrmann@morrisjames.com

                                                 *Attorneys for Plaintiffs*