**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LG ELECTRONICS U.S.A., INC.,<br>LG ELECTRONICS, INC. and<br>LG ELECTRONICS MONTERREY<br>MEXICO, S.A., DE, CV,<br><br>          Plaintiffs,<br><br>     v.<br><br>WHIRLPOOL CORPORATION,<br>WHIRLPOOL PATENTS COMPANY,<br>WHIRLPOOL MANUFACTURING CORPORATION<br>and MAYTAG CORPORATION,<br><br>          Defendants. | Civil Action No. 08-332 (GMS) |

**LG ELECTRONICS' RESPONSE TO WHIRLPOOL'S PARTIAL MOTION TO
DISMISS AND MOTION TO EXTEND THE TIME WITHIN WHICH
WHIRLPOOL MAY ANSWER THE COMPLAINT**

LG Electronics USA, Inc., LG Electronics, Inc. and LG Electronics Monterrey Mexico, S.A. de C.V. ("LG Electronics"), respectfully submit this response to Whirlpool's Motion to Dismiss Counts Four and Five of Plaintiffs' Complaint and to Whirlpool's Motion for Extension of Time to Respond to Plaintiffs' Complaint.

I.    **BACKGROUND**

On January 23, 2008, Whirlpool filed a complaint in the International Trade Commission alleging that LG Electronics infringes five Whirlpool patents ("ITC patents"). *In the Matter of Certain Refrigerators and Components Thereof*, 337-TA-632 (US ITC). LG Electronics denied Whirlpool's allegations and through its answer and discovery notified Whirlpool why Whirlpool's claims were without merit. Because Whirlpool declined to withdraw its allegations, LG Electronics on April 16, 2008, filed a parallel District Court declaratory judgment action in the United States District Court for the District of New Jersey seeking a declaration of non-

infringement, invalidity and or unenforceability of all five Whirlpool ITC patents.  *LG Electronics USA Inc., et al. v. Whirlpool Corporation, et al.*, Civil Action No. 08-1869 (FSH) (PS) (D.N.J.), now Civil Action No. 08-332 (GMS) (D. Del.).  In addition, LG Electronics USA, Inc. and LG Electronics, Inc. filed, in this court, a complaint for patent infringement ("LG Electronics' Complaint"), seeking relief on three LG patents that LG Electronics USA, Inc. and LG Electronics, Inc. contend Whirlpool is infringing.  *LG Electronics USA, Inc., et al. v. Whirlpool Corp., et al.*, Civil Action No. 08-234 (GMS) (D. Del.).

In the ITC case, LG Electronics identified invalidating prior sales of Whirlpool's own products relative to two of the patents that Whirlpool asserted in the ITC and requested discovery on those products.  On the very day that Whirlpool agreed to provide this discovery, Whirlpool moved to terminate the ITC Investigation as to the two patents:  United States Patent Number 6,971,730 ("the '730 patent") and United States Patent Number 7,240,980 ("the '980 patent").  Exh. A.  Whirlpool also gave LG Electronics a covenant not to sue on these two patents and filed a motion to dismiss the same two patents from this action.  Whirlpool subsequently filed a motion for an extension of time to answer LG Electronics' declaratory judgment complaint, to avoid filing pleadings on these patents, before its motion to dismiss was decided.

In Civil Action No. 08-234 (GMS), Whirlpool answered LG Electronics' Complaint, counterclaiming for infringement of the same three patents that remained before the International Trade Commission and in the New Jersey District Court.  C.A. No. 08-234 (GMS), D.I. 5.  In its original Answer and Counterclaims, Whirlpool alleged that LG Electronics infringed four additional patents.  Shortly after that filing, Whirlpool amended its Answer and Counterclaims in Civil Action No. 08-234 (GMS) to drop one of the newly added patents, without explanation.  C.A. No. 08-234 (GMS), D.I. 8.

The parties agreed to transfer this case from the New Jersey District Court to this Court, in view of the overlapping issues. Attached as Exhibit B is a copy of the parties' Stipulated Transfer Order that was entered by the New Jersey District Court and a copy of this Court's Acknowledgment of Transfer of the New Jersey Action. In that Transfer Order, the parties stipulated and the New Jersey District Court ordered that LG Electronics would have two weeks after the transfer to this Court to respond to Whirlpool's pending motions. Transfer was completed on June 4, 2008.

## II.   LG ELECTRONICS' RESPONSE TO WHIRLPOOL'S MOTION TO DISMISS AND MOTION TO EXTEND TIME

LG Electronics does not oppose dismissing from this case the '730 and '980 patents - Provided the dismissal is without prejudice to LG Electronics' rights to pursue in separate proceedings appropriate causes of actions and remedies associated with Whirlpool's allegations and assertions of infringement of those patents. LG Electronics notes that the ITC Administrative Law Judge recently recommended dismissing these two patents from the ITC investigation. Exh. C. LG Electronics further notes that Whirlpool has made and pursued serious allegations of patent infringement against LG Electronics, apparently without conducting an appropriate investigation. The lack of care with which Whirlpool has made these allegations and pursued its claims of infringement has caused LG Electronics to incur substantial legal expenses and suffer significant damages and injury. While LG Electronics does not wish to add further issues to this declaratory judgment action, LG respectfully reserves its rights to seek appropriate relief and remedies in an appropriate forum, at an appropriate time.

LG Electronics also remains concerned that Whirlpool's remaining allegations of infringement are not well-founded and that Whirlpool may not have made an appropriate effort to investigate its infringement allegations for those Whirlpool patents that remain in this case, or

the pending related action before this Court.  LG Electronics therefore reserves its right to take

discovery and initiate appropriate causes of action and claims for relief regarding the patents that

Whirlpool continues to assert against LG Electronics before this Court.

## III.    <u>CONCLUSION</u>

Having agreed to Whirlpool's proposed dismissal, LG Electronics requests that

Whirlpool be required to answer LG Electronics' Complaint within ten days following the

court's entry of any order dismissing the '730 and '980 patents from this case.

Dated:  June 18, 2008                              <u>*/s/ Richard K. Herrmann*</u>
                                                   Richard K. Herrmann (I.D. #405)
                                                   Mary B. Matterer (I.D. #2696)
                                                   Amy A. Quinlan (I.D. # 3021)
                                                   MORRIS JAMES LLP
                                                   500 Delaware Avenue, Suite 1500
                                                   Wilmington, DE 19801
                                                   (302) 888-6800
                                                   rherrmann@morrisjames.com

                                                   Patrick J. Coyne
                                                   Richard L. Stroup
                                                   Walter D. Davis, Jr.
                                                   Jeffrey W. Abraham
                                                   FINNEGAN, HENDERSON,
                                                     FARABOW, GARRETT & DUNNER, L.L.P.
                                                   901 New York Avenue, N.W.
                                                   Washington, D.C. 20001-4413
                                                   (202) 408-4000
                                                   patrick.coyne@finnegan.com
                                                   richard.stroup@finnegan.com
                                                   walter.davis@finnegan.com
                                                   jeffrey.abraham@finnegan.com

                                                   Attorneys for Plaintiffs
                                                   LG ELECTRONICS U.S.A., INC.,
                                                   LG ELECTRONICS, INC. and
                                                   LG ELECTRONICS MONTERREY
                                                   MEXICO, S.A., de CV

# EXHIBIT   A



US006971730B2

(12) **United States Patent**   (10) **Patent No.:**     **US 6,971,730 B2**

Koons   (45) **Date of Patent:**         **Dec. 6, 2005**

(54) **FREEZER DRAWER SUPPORT ASSEMBLY**

(75) Inventor: **Bill J. Koons**, Cedar Rapids, IA (US)

(73) Assignee: **Maytag Corporation**, Newton, IA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 230 days.

(21) Appl. No.: **10/379,584**

(22) Filed: **Mar. 6, 2003**

(65) **Prior Publication Data**

US 2003/0173882 A1      Sep. 18, 2003

**Related U.S. Application Data**

(60) Provisional application No. 60/364,108, filed on Mar. 15, 2002.

(51) **Int. Cl.**$^7$ ............................................. **A47B 96/04**
(52) **U.S. Cl.** .................... **312/404**; 312/402; 312/334.8
(58) **Field of Search** ............................... 312/401, 402, 312/404, 405, 405.1, 408, 321.5, 330.1, 334.8, 312/333; 62/382, 440

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2,682,754 A | 7/1954 | Eck |
| 2,711,944 A * | 6/1955 | Meek et al. ................. 312/333 |
| 4,173,378 A | 11/1979 | Hanson et al. |
| 4,751,826 A * | 6/1988 | Kawahara et al. ............ 62/382 |
| 5,040,856 A | 8/1991 | Wilkins et al. |

| | | |
|---|---|---|
| 5,366,284 A | 11/1994 | Baker et al. |
| 5,692,817 A | 12/1997 | Jun et al. |
| 5,758,512 A * | 6/1998 | Peterson et al. .............. 62/407 |
| 5,893,620 A | 4/1999 | Birgelis |
| 6,123,402 A | 9/2000 | Bowyer et al. |
| 6,209,979 B1 | 4/2001 | Fall et al. |
| 6,447,083 B1 * | 9/2002 | Chiapetta et al. .......... 312/404 |
| 2001/0054296 A1 * | 12/2001 | Kaiser .......................... 62/373 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CA | 2300791 | * | 9/2001 |
| JP | 8-240378 | * | 9/1996 |

* cited by examiner

*Primary Examiner*—James O. Hansen
(74) *Attorney, Agent, or Firm*—Diederiks & Whitelaw PLC

(57) **ABSTRACT**

A freezer drawer support assembly is provided for a refrigerator including an upper fresh food compartment and a lower freezer compartment having a rearwardly tapering liner. The support assembly includes a pair of side adapters which compensate for the tapering of the liner, while defining both channels for the attachment of extensible drawer slides, to which a freezer door and a slidable basket is attached, and ledges for slidably supporting another basket. Preferably, the side adapters mate with groove and ledge structure formed into the liner to enhance the transfer of weight from the baskets, while enabling a refrigerator liner designed to directly support one or more slidable baskets to indirectly support multiple baskets which can be slid relative to each other.

**29 Claims, 5 Drawing Sheets**





*FIG. 1*





FIG. 3



FIG. 4

# FIG. 5



US 6,971,730 B2

1

# FREEZER DRAWER SUPPORT ASSEMBLY

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application claims the benefit to U.S. Provisional Application No. 60/364,108 filed on Mar. 15, 2002.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention pertains to the art of refrigerators and, more particularly, to a support arrangement for a pull-out freezer drawer.

2. Discussion of the Prior Art

There exist various styles of refrigerators on the market. Most common are side-by-side, top mount, and bottom mount models. In a side-by-side model, fresh food and freezer compartments are arranged laterally adjacent one another. A top mount refrigerator includes an upper freezer compartment and a lower fresh food compartment. Finally, bottom mount models have the fresh food compartment located above the freezer compartment.

In bottom mount models, it is known to employ both pivoting freezer doors and freezer doors which slide between open and closed positions. In a bottom mount style refrigerator including either a pivoting or sliding door, it is known to employ one or more sliding baskets to store food items within the freezer compartment. More specifically, in connection with a bottom mount refrigerator including a pivoting freezer door, it is known to thermoform a freezer compartment defining liner with integral side rails upon which one or more baskets can be directly slidably supported. In bottom mount refrigerators employing sliding doors, it is common to mount elongated support members to the opposing side walls of the freezer compartment through the use of mechanical fasteners, and then to support one or more baskets, either directly or indirectly, upon the support members. Typically, in this case, at least the support for one of the baskets is also connected to the door such that, as the door is slid relative to a cabinet of the refrigerator, the basket shifts into and out of the freezer compartment. Most commonly, these types of bottom mount refrigerators employ metal liners into which mechanical fasteners in the form of screws are secured to attach the support members.

Given construction and assembly variations between these different types of bottom mount refrigerators, completely different liners are required depending on whether a pivoting or sliding door arrangement is desired. Therefore, it is not possible to simply change a bottom mount refrigerator designed for use with a pivoting door to employ a sliding door arrangement. Based thereon, it would be beneficial to provide a supplemental adapter assembly which would enable a bottom mount refrigerator cabinet to be used with either pivoting or sliding doors and their associated basket arrangements.

## SUMMARY OF THE INVENTION

The present invention is directed to a support assembly which is adapted to be fitted between rail structure formed in a thermoformed or injection molded freezer compartment liner of a bottom mount refrigerator in order to enable the refrigerator to be used with a slidably mounted freezer door/storage drawer combination. More specifically, a freezer compartment liner, formed with integral side rail structure that can directly, slidably support storage drawers

2

or baskets, is adapted to receive side support adapters that enable the liner to be used in combination with a slidable freezer door which is interconnected to extensible slide structure for one or more drawers or baskets.

In accordance with the most preferred embodiment of the invention, each side support adapter includes upper and lower basket support structure. The lower basket support structure defines a channel which is adapted to snap-fittingly receive a drawer support slide member that is indirectly attached to a slidable freezer door of the refrigerator. The upper basket support structure is defined by a ledge on each of the side adapters which provides a support surface for an upper basket to slide independently of the lower basket. Projecting from a rear of each side support adapter are multiple lugs which are received within grooves or recesses defined in the liner and rest on substantially horizontal ledge portions through which vertical loads are transferred to the overall cabinet of the refrigerator. Each side adapter is preferably tapered from front to back to offset a tapering of the thermoformed or injection molded liner. In this manner, the opposing side adapters extend substantially parallel to each other. Mechanical fasteners are used to secure the side support adapters in place.

Additional objects, features and advantages of the present invention will become more readily apparent from the following detailed description of a preferred embodiment when taken in conjunction with the drawings wherein like reference numerals refer to corresponding parts in the several views.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a partial exploded view of a bottom mount style refrigerator incorporating the freezer drawer support assembly of the invention;

FIG. **2** is an enlarged view of a side wall portion of a liner provided in the refrigerator of FIG. **1**, with a side adapter of the freezer drawer support assembly shown adjacent thereto prior to mounting;

FIG. **3** is a rear view of the side adapter of the freezer drawer support assembly of the invention;

FIG. **4** is a partial view of the side wall portion of FIG. **2**, with the side adapter of the freezer drawer support assembly of the invention secured thereto; and

FIG. **5** is a cross-sectional view of the overall drawer support assembly of the invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

With initial reference to FIG. **1**, a refrigerator incorporating the invention is generally indicated at **2**. Refrigerator **2** includes a cabinet shell **6** to which is attached a fresh food compartment door **10**. At this point, it should be readily recognized that refrigerator **2** constitutes a bottom mount style refrigerator wherein fresh food compartment door **10** is adapted to seal off an upper fresh food compartment defined within cabinet shell **6**. In a manner known in the art, fresh food compartment door **10** is preferably, pivotally mounted about a vertical axis to cabinet shell **6** through upper and lower hinges (not shown). Refrigerator **2** also includes a lower freezer compartment **13** which is defined by a liner **15**. Freezer compartment **13** is adapted to be sealed by means of a freezer door **18** having an associated handle **19**. In accordance with the present invention, freezer door **18** is adapted to slide towards and away from cabinet shell **6** through the

US 6,971,730 B2

3

use of a slide assembly generally indicated at **22** in order to selective access or seal freezer compartment **13**.

As shown in this figure, slide assembly **22** generally includes a pair of opposing basket support plates **28** and **29** which are adapted to be fixedly secured to a rear portion of freezer door **18** through suitable brackets and fasteners (not shown). Basket support plates **28** and **29** respectively mate with a pair of door support plates **32** and **33** which, in turn, interconnect basket support plates **28** and **29** to respective extensible drawer slides **36** and **37**. As will be detailed more fully below, drawer slides **36** and **37** are interconnected to liner **15** of freezer compartment **13** through respective side adapters **40** and **41**. The present invention is particularly concerned with the inclusion, construction, and mounting of each side adapter **40**, **41** as will be detailed below. FIG. 1 also illustrates a lower basket **44** which is adapted to be carried by basket support plates **28** and **29** so as to be shiftable into and out of freezer compartment **13** with the movement of freezer door **18**.

FIG. 2 illustrates details of liner **15** and side adapter **40**. In general, liner **15** includes a flat bottom portion **52**, an inclined bottom portion **53**, a rear wall **54**, and opposing side walls **55**. Each side wall **55** is shown to include an aft section **57** and a frontal section **58**. In the preferred embodiment shown, aft and frontal sections **57** and **58** extend in different planes and are interconnected by an offset section **59**. In any event, frontal section **58** leads to a frontal edge generally indicated at **61**.

Formed in side wall **55**, from offset section **59** to directly adjacent rear wall **54**, is an elongated upper groove or recess **66**, as well as a lower groove or recess **67**. In general, upper and lower grooves **66** and **67** are formed in each side wall **55** in order to enable upper and lower baskets (not shown) to be slideably mounted within liner **15** when refrigerator **2** is utilized in combination with a pivoting freezer door. In accordance with the present invention, side adapters **40** and **41** are provided to mate with the structure of upper and lower grooves **66** and **67** in order to enable liner **15** to be utilized in connection with slideable freezer door **18** and slide assembly **22**.

Based on the above, it should be recognized that, although the actual configuration of upper and lower grooves **66** and **67** can take various forms, the preferred form shown in FIG. 2 is known in the art for use in connection with a bottom mount refrigerator employing a pivotable freezer door and upper and lower freezer baskets. In any event, the actual configuration shown for upper and lower grooves **66** and **67** are perhaps best defined by the supporting structure associated therewith. Therefore, due to the inclusion of lower groove **67**, side wall **55** is formed with a lower frontal ledge portion **73**, an intermediate, lower ledge portion **74**, and a lower, rear ledge portion **75**. In addition, due to the presence of upper groove **66**, side wall **55** defines an upper frontal ledge portion **80**, an upper intermediate ledge portion **81**, and an upper, rear ledge portion **82**. Again, this structure enables an upper rim of a lower basket, and a lower rim of an upper basket to extend between the side walls **55** of liner **15** and be slideably mounted for movement into and out of freezer compartment **13**. However, in accordance with the present invention, side adapters **40** and **41** are mounted utilizing the existing structure of side walls **55** to accommodate the overall slide assembly **22** in accordance with the invention.

Reference will now be made to FIGS. 2–4 in describing the construction of each side adapter **40**, **41** of the present invention. At this initial stage, it should be noted that side adapters **40** and **41** are essentially mirror images of one

4

another, such that the common structure will be described with respect to side adapter **40** shown in FIGS. 2 and 4 and side adapter **41** as shown in FIG. 3. In general, each side adapter **40**, **41** includes a frontal section **90** and a rear section **91**. As it is important to enable freezer door **18** to shift straight away from cabinet shell **5** and return to a position which establishes a proper seal, each side adapter **40**, **41** is specifically constructed to accommodate for any divergence between side walls **55** of liner **15** in order that side adapters **40** and **41** define parallel paths for extensible drawer slides **36** and **37**. Therefore, in accordance with the most preferred form of the invention, each side adapter **40**, **41** slightly tapers from frontal section **90** to rear section **91** as indicated in these figures.

In any event, each side adapter **40**, **41** is shown to include an upstanding wall **95** which follows the contour of side wall **55** from offset section **59** through aft section **57**, with upstanding wall **95** leading to an upper ledge **96**. In turn, upper ledge **96** leads to an upper wall **97** behind which is defined an elongated recess indicated at **98** in FIG. 3. Preferably defined within recess **98** is a first boss **101** provided with a hole **102**, as well as a second boss **103** provided with a corresponding hole **104**. Below upper wall **97** is provided a recessed, intermediate wall **105** that is shown to include an upper row of slots **107** and a lower row of slots **108**. Located forward of recess **98** is a third boss **111** having an associated hole **112**. As will be detailed more fully below, first, second and third bosses **101**, **103** and **111** are adapted to receive mechanical fasteners through respective holes **102**, **104** and **112** in mounting side adapters **40** and **41** to liner **15**. For reinforcement purposes, a plurality of ribs, such as those indicated at **115**–**117** are provided as structural reinforcements around bosses **101**, **103** and **111** respectively. An additional structural reinforcement **121** is preferably provided forward of third boss **111** as well.

In the most preferred form of the invention, each side adapter **40**, **41** is injection molded of plastic. Most preferably, when forming each side adapter **40**, **41**, intermediate wall **105** is integrally formed with an upper frontal lug **127** and a rear lug **132**. In the most preferred form of the invention, each of upper frontal lug **127** and rear lug **132** is generally boxed-shaped, with at least upper frontal lug **127** being provided with various cross supports **135**. Also formed along intermediate wall **105** is a pair of central bosses **139** and **140**, as well as a cantilevered member **143**.

Below intermediate wall **105**, and preferably beneath upper frontal lug **127**, is a lower frontal lug **147**. In accordance with the embodiment shown, lower frontal lug **147** includes a main plate portion **148** from which extend a plurality of ribs **149**. Also arranged below intermediate wall **105** is a lower wall **151** which is shown to be formed with a fourth boss **153**.

As shown in FIGS. 2–4, upper ledge **96** has projecting therefrom an upstanding stop **155**. Upstanding stop **155** is spaced from upstanding wall **95** by upper ledge **96**. Adjacent upstanding stop **155**, upper ledge **96** leads to a lateral section **157** of a respective side adapter **40**, **41**. Lateral section **157** forms part of frontal section **90** and leads to a forwardly sloping section **160**, a front face section **163**, a rearwardly sloping section **165**, and a short bottom section **167**. With this overall construction, each side adapter **40**, **41** defines a channel **176** that extends along intermediate wall **105** and which defines a lower ledge **178**. Channel **176** is also defined, at least laterally, by an upper row of teeth members **179** and a lower row of teeth members **180**. As clearly shown in these figures, cantilevered member **143** is exposed to

US 6,971,730 B2

5

channel **176** and is provided at a rear end thereof with a wedge section **188** which projects into channel **176**.

During assembly of refrigerator **2**, liner **15** is preferably thermoformed with upper and lower grooves **66** and **67**. With this construction, liner **15** can be used to directly, slideably support upper and lower freezer baskets when refrigerator **2** is used in combination with a pivoting freezer door. However, in accordance with the present invention wherein freezer door **15** is slideable relative to cabinet shell **6**, each side wall **55** has mounted thereon a respective side adapter **40**, **41**. In mounting each side adapter **40**, **41**, upper frontal lug **127** is positioned to rest upon upper frontal ledge portion **80**, rear lug **132** is positioned upon upper rear ledge portion **82**, and lower frontal lug **147** sets upon lower frontal ledge portion **73**. The resting of upper frontal lug **127** and lower frontal lug **147** in this manner is seen to be clearly illustrated in FIG. **5**.

Due to the construction of each side adapter **40**, **41**, frontal section **90** is made to conform to frontal section **58**, as well as offset section **59**, of a respective side wall **55**. Correspondingly, rear section **91** conforms to aft section **57** of side wall **55**. Once supported in this fashion, mechanical fasteners (not shown) are extended through holes **102**, **104** and **112** in bosses **101**, **103** and **111** in order to fixedly secure each side adapter **40**, **41** to a respective side wall **55**. Most preferably, refrigerator **2** is provided with mounting structure, such as in the form of plates, which are arranged behind liner **15** at the location of at least bosses **101**, **103** and **111**, with this mounting structure being rigidly maintained in a desired position upon the curing of foamed insulation injected between cabinet shell **6** and liner **15** in a manner known in the art. Therefore, the threaded fasteners associated with bosses **101**, **103** and **111** extend not only through liner **15** but also into additional mounting structure to secure each side adapter **40**, **41** in place. If desired, an additional fastening point can be established at fourth boss **153**.

Once side adapters **40** and **41** are mounted in this fashion, each drawer slide **36**, **37** can be secured to a respective side adapter **40**, **41** within channel **176**. More specifically, each drawer slide **36**, **37** is slid upon a respective lower ledge **178**, between intermediate wall **105** and the upper and lower rows of teeth members **179** and **180**. As best shown in FIG. **5**, each drawer slide **36**, **37** preferably includes an outermost cabinet member **201**, an intermediate member **202** and a drawer member **203**. Interposed between cabinet member **201** and intermediate member **202** are respective ball bearings **206**. Similarly, ball bearings **207** are provided between intermediate member **202** and drawer member **203**.

In any event, each drawer slide **36**, **37** is adapted to be mounted within a respective channel **176**. As cabinet member **201** reaches cantilever member **143**, the abutment with wedge section **188** will cause cantilever member **143** to deflect inward, thereby allowing at least a portion of cabinet member **201** to pass cantilever member **143**. Although not shown in these figures, cabinet member **201** preferably includes an aperture which becomes aligned with wedge section **188** upon full insertion of slide assembly **22** within channel **176** such that cantilevered member **143** will be caused to again deflect to the position shown in FIGS. **2** and **4**, thereby selectively retaining drawer slide **36**, **37** in position. Actually, there is preferably a rather snug fit between drawer member **201** and channel **176** as generally represented in FIG. **5**.

As shown in this figure, drawer member **203** is fixedly secured to a respective door support plate **32**, **33** which, in turn, is interconnected to a respective basket support plate **28**, **29**. Since each basket support plate **28**, **29**

6

is secured to freezer door **18**, when freezer door **18** is pulled away from cabinet shell **6**, basket support plates **28** and **29** and door support plates **32** and **33** will be drawn out of freezer compartment **13** with drawer member **203**. Drawer member **203** will be shifted relative to intermediate member **202** due to the arrangement of ball bearings **207**. When drawer member **203** reaches a fully extended position, then both drawer member **203** and intermediate member **202** will extend relative to cabinet shell **6** and cabinet member **201**. Eventually, extensible drawer slides **36** and **37** will achieve their maximum extended position, at which point at least basket **44** is fully exposed outside of freezer compartment **13**.

Based on the above description, it should be readily apparent that the inclusion of side adapters **40** and **41** not only enable the use of a common liner **15** on various model refrigerators, but accommodates the tapering of side walls **55** to assure that extensible drawer slides **36** and **37** will extend parallel to one another. The incorporation, structure and positioning of lugs **127**, **132** and **147** enable each side adapter **40**, **41** to nest in the existing geometry formed into liner **15** either through a thermoforming or injection molding process. Therefore, lugs **127**, **132** and **147** transfer vertical loads directly to the overall foamed refrigerator assembly which is considered to be extremely advantageous, as opposed to hanging side adapters **40**, **41** from liner **15** solely through the use of screws and anchors. The inclusion of cantilevered member **143** and wedge section **188** advantageously provides a snap feature for the mounting of a respective drawer slide **36**, **37** and prevents the drawer slide **36**, **37** from undesirably sliding forward. Upper ledge **96** on each side adapter **40**, **41** establishes a setting surface for an upper basket (not shown) which can slide independently of drawer slides **36** and **37**. This configuration is considered to allow a greater range of motion for an upper basket. When such an upper basket is employed, it should be noted that the basket can be drawn out to also rest upon an uppermost edge **210** of basket support plates **28** and **29**.

Although described with reference to a preferred embodiment of the invention, it should be readily understood that various changes and/or modifications can be made to the invention without departing from the spirit thereof. For instance, it should be readily apparent that side adapters **40** and **41** have been configured based on the preferred construction shown for side walls **55** of liner **15**. This configuration is currently used in connection with a freezer compartment **13** of approximately **33** inches wide. On more narrow models wherein only a single basket may be utilized, only a single groove may be provided in the liner. Therefore, the actual configuration of the side adapters and the number of lugs for supporting the same would correspondingly change. Of course, it is also known to produce refrigerator liners with inwardly projecting rails and a side adapter in accordance with the present invention could also be configured for use with this type of arrangement. Regardless, given that the invention is intended for use in connection with a slideable freezer door **18**, it is important to maintain the parallel relationship between the respective channels **176** and therefore side adapters **40** and **41** must be constructed in such a manner as to compensate for variations in the lateral dimensions of the freezer liner, such as in cases where the freezer liner tapers from front to rear. In any event, side adapters **40** and **41** can advantageously define support structure for multiple baskets and are integrally formed with lug structure which effectively transfers vertical loading. In general, the invention is only intended to be limited by the scope of the following claims.

US 6,971,730 B2

7

8

I claim:

1. A refrigerator comprising:

an upper fresh food compartment having an associated fresh food compartment door;

a lower freezer compartment having an associated freezer door, said freezer compartment being defined by a liner having opposing side walls which taper fore-to-aft such that a distance between the opposing side walls at a front portion of the freezer compartment is greater than a distance between the opposing side walls at a rear portion of the freezer compartment, each of the opposing side walls including at least one fore-to-aft extending groove defining a ledge portion;

a freezer drawer support assembly including first and second side adapters, each having an upper ledge, a channel and a plurality of lugs, and a pair of extensible drawer slides, each of said first and second side adapters tapering from a rear portion to a front portion, said first and second side adapters being mounted to the first and second opposing side walls respectively, with the plurality of lugs projecting into the at least one groove and with the upper ledges and channels of the first and second side adapters being arranged substantially parallel to each other, said pair of extensible drawer slides being mounted in the channels of the first and second side adapters, said freezer door being connected to the extensible drawer slides for fore-to-aft movement in order to selectively access the freezer compartment; and

a basket slidably supported by one of the upper ledge of each side adapter and the extensible drawer slides.

2. A refrigerator comprising:

an upper fresh food compartment having an associated fresh food compartment door;

a lower freezer compartment having an associated freezer door, said freezer compartment being defined by a liner having opposing side walls which taper fore-to-aft such that a distance between the opposing side walls at a front portion of the freezer compartment is greater than a distance between the opposing side walls at a rear portion of the freezer compartment;

a freezer drawer support assembly including first and second side adapters, each having an upper ledge and a channel, and a pair of extensible drawer slides, each of said first and second side adapters tapering from a rear portion to a front portion, said first and second side adapters being mounted to the first and second opposing side walls respectively, for supporting the side adapter in the freezer compartment, with the upper ledges and channels of the first and second side adapters being arranged substantially parallel to each other, said pair of extensible drawer slides being mounted in the channels of the first and second side adapters, said freezer door being connected to the extensible drawer slides for fore-to-aft movement in order to selectively access the freezer compartment.

3. The refrigerator according to claim 2, further comprising:

a pair of basket support plates fixed to the freezer door; and

a basket slidably supported by the pair of basket support plates.

4. The refrigerator according to claim 3, further comprising first and second door support plates slidably engaged with the pair of basket support plates.

5. The refrigerator according to claim 2, wherein each of the opposing side walls of the liner includes at least one

groove defining a ledge portion and each of said side adapters is provided with a plurality of lugs extending from a rear surface thereof, said lugs extending into the at least one groove and nesting with the ledge portions for supporting the side adapter in the freezer compartment.

6. The refrigerator according to claim 5, wherein each of the side adapters further includes a plurality of bosses which are adapted to receive mechanical fasteners for fixing each of the side adapters to the liner.

7. The refrigerator according to claim 2, wherein the upper ledges are adapted to slidably support a food storage basket.

8. The refrigerator according to claim 7, further comprising a stop projecting up from at least one of the upper ledges for limiting a permissible degree of shifting of a food storage basket slidably supported on the upper ledges.

9. The refrigerator according to claim 2, wherein each of the side adapters includes an upper wall, a lower wall and an intermediate wall, said intermediate wall being recessed relative to the upper and lower walls so as to define the channel.

10. The refrigerator according to claim 9, further comprising a plurality of spaced teeth members extending from each of the upper and lower walls, said channel being defined laterally between the intermediate wall and the plurality of spaced teeth members in each of the side adapters.

11. The refrigerator according to claim 2, further comprising a member cantilevered from one of the first and second side adapters and projecting into the channel for snap-fittingly engaging a respective one of the drawer slides.

12. The refrigerator according to claim 11, wherein each of the drawer slides includes a cabinet member, an intermediate member and a drawer member which are extensibly interconnected.

13. A refrigerator comprising:

an upper fresh food compartment having an associated fresh food compartment door;

a lower freezer compartment having an associated freezer door, said freezer compartment being defined by a liner having opposing side walls, each of the opposing side walls including at least one fore-to-aft extending groove;

a freezer drawer support assembly including first and second side adapters, each having an upper ledge, a channel and a plurality of lugs, and a pair of extensible drawer slides, said first and second side adapters being mounted to the first and second opposing side walls respectively, with the plurality of lugs projecting into the at least one groove and with the upper ledges and channels of the first and second side adapters being arranged substantially parallel to each other, said pair of extensible drawer slides being mounted in the channels of the first and second side adapters, said freezer door being connected to the extensible drawer slides for fore-to-aft movement in order to selectively access the freezer compartment; and

a basket slidably supported by one of the upper ledge of each side adapter and the extensible drawer slides.

14. The refrigerator according to claim 13, further comprising: a pair of basket support plates fixed to the freezer door, wherein the basket is slidably supported by the pair of basket support plates.

15. The refrigerator according to claim 14, further comprising first and second door support plates slidably engaged with the pair of basket support plates.

US 6,971,730 B2

9

**16**. The refrigerator according to claim **13**, wherein each side adapter further includes a plurality of bosses which are adapted to receive mechanical fasteners for fixing each of the side adapters to the liner.

**17**. The refrigerator according to claim **13**, further comprising a stop projecting up from at least one of the upper ledges for limiting a permissible degree of shifting of a food storage basket slidably supported on the upper ledges.

**18**. The refrigerator according to claim **13**, wherein each of the side adapters includes an upper wall, a lower wall and an intermediate wall, said intermediate wall being recessed relative to the upper and lower walls so as to define the channel.

**19**. The refrigerator according to claim **18**, further comprising a plurality of spaced teeth members extending from each of the upper and lower walls, said channel being defined laterally between the intermediate wall and the plurality of spaced teeth members in each of the side adapters.

**20**. The refrigerator according to claim **19**, further comprising a member cantilevered from one of the first and second side adapters and projecting into the channel for snap-fittingly engaging a respective one of the drawer slides.

**21**. The refrigerator according to claim **20**, wherein each of the drawer slides includes a cabinet member, an intermediate member and a drawer member which are extensibly interconnected.

**22**. For a refrigerator including an upper fresh food compartment having an associated fresh food compartment door and a lower freezer compartment having an associated freezer door, with said freezer compartment being defined by a liner having opposing side walls provided with fore-to-aft extending grooves that define opposing ledge portions which can directly support a slidable basket, a method of mounting a freezer drawer support assembly comprising:

positioning elements projecting from rear portions of first and second side adapters into the fore-to-aft extending grooves and on the ledge portions of the first and second opposing side walls in order to mount the first and second side adapters within the freezer compartment; and

10

connecting a pair of extensible drawer slides to the first and second side adapters respectively, with the freezer door being connected to the pair of extensible drawer slides for sliding movement relative to the liner.

**23**. The method of claim **22**, further comprising: snap-fitting the pair of extensible drawer slides in channels defined by the first and second side adapters.

**24**. The method of claim **22**, further comprising: positioning the pair of extensible drawer slides vertically between upper and lower walls, and laterally between an intermediate wall and a plurality of teeth members, formed on each of the side adapters.

**25**. The method of claim **22**, further comprising:

attaching basket support plates to the pair of extensible drawer slides; and

slidably supporting a basket on the basket support plates.

**26**. The method of claim **25**, further comprising: fixing the basket support plates to the freezer door such that the basket support plates and the basket shift in unison with the freezer door, while the basket is slidable relative to the freezer door.

**27**. The method of claim **26**, further comprising: providing the first and second side adapters with ledges above the grooves, with the ledges being adapted to slidably support another basket for movement into and out of the freezer compartment.

**28**. The method of claim **25**, further comprising: interconnecting a pair of door support plates between the basket support plates and the pair of extensible drawer slides.

**29**. The method of claim **22**, further comprising: fixing each of the side adapters within the freezer compartment with the side adapters tapering from back to front in order to compensate for a front to rear tapering of the side walls of the freezer compartment such that the pair of extensible drawer slides are arranged substantially parallel to each other.

* * * * *



US007240980B2

(12) **United States Patent**    (10) **Patent No.:**    **US 7,240,980 B2**

Koons    (45) **Date of Patent:**    *Jul. 10, 2007

(54) **FREEZER DRAWER SUPPORT ASSEMBLY**

(75) Inventor: **Bill J. Koons**, Cedar Rapids, IA (US)

(73) Assignee: **Whirlpool Corporation**, Benton Harbor, MI (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/249,375**

(22) Filed: **Oct. 14, 2005**

(65) **Prior Publication Data**

US 2006/0033410 A1    Feb. 16, 2006

**Related U.S. Application Data**

(63) Continuation of application No. 10/379,584, filed on Mar. 6, 2003, now Pat. No. 6,971,730.

(60) Provisional application No. 60/364,108, filed on Mar. 15, 2002.

(51) **Int. Cl.**
*A47B 96/04*    (2006.01)

(52) **U.S. Cl.** ................... **312/404**; 312/402; 312/334.8

(58) **Field of Classification Search** ............... 312/401, 312/402, 404, 405, 405.1, 408, 321.5, 330.1, 312/334.8, 333; 62/382, 440
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,682,754 A | 7/1954 | Eck | |
| 2,711,944 A | 6/1955 | Meek et al. | |
| 4,173,378 A | 11/1979 | Hanson et al. | |
| 4,751,826 A | 6/1988 | Kawahara et al. | |
| 5,040,856 A | 8/1991 | Wilkins et al. | |
| 5,366,284 A | 11/1994 | Baker et al. | |
| 5,692,817 A | 12/1997 | Jun et al. | |
| 5,758,512 A | 6/1998 | Peterson et al. | |
| 5,893,620 A | 4/1999 | Birgelis | |
| 5,980,007 A * | 11/1999 | Singh ...................... 312/334.1 |
| 5,980,009 A * | 11/1999 | Atalla et al. ................ 312/408 |
| 6,123,402 A | 9/2000 | Bowyer et al. | |
| 6,209,979 B1 | 4/2001 | Fall et al. | |
| 6,447,083 B1 | 9/2002 | Chiapetta et al. | |
| 6,641,239 B2 | 11/2003 | Kaiser | |
| 2001/0054296 A1* | 12/2001 | Kaiser ......................... 62/373 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 2300791 | 9/2001 |
| JP | 8-240378 | 9/1996 |

* cited by examiner

*Primary Examiner*—James O. Hansen
(74) *Attorney, Agent, or Firm*—Kirk Goodwin; Michael D. Lafrenz; John F. Colligan

(57) **ABSTRACT**

A freezer drawer support assembly is provided for a refrigerator including an upper fresh food compartment and a lower freezer compartment having a rearwardly tapering liner. The support assembly includes a pair of side adapters which compensate for the tapering of the liner, while defining both channels for the attachment of extensible drawer slides, to which a freezer door and a slidable basket is attached, and ledges for slidably supporting another basket. Preferably, the side adapters mate with groove and ledge structure formed into the liner to enhance the transfer of weight from the baskets, while enabling a refrigerator liner designed to directly support one or more slidable baskets to indirectly support multiple baskets which can be slid relative to each other.

**20 Claims, 5 Drawing Sheets**





*FIG. 1*



*FIG. 2*



*FIG. 3*



FIG. 4

## FIG. 5



US 7,240,980 B2

1

# FREEZER DRAWER SUPPORT ASSEMBLY

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application represents a continuation of U.S. patent application Ser. No. 10/379,584 filed Mar. 6, 2003 now U.S. Pat. No. 6,971,730 which claims the benefit to U.S. Provisional Application No. 60/364,108 filed on Mar. 15, 2002.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention pertains to the art of refrigerators and, more particularly, to a support arrangement for a pull-out freezer drawer.

2. Discussion of the Prior Art

There exist various styles of refrigerators on the market. Most common are side-by-side, top mount, and bottom mount models. In a side-by-side model, fresh food and freezer compartments are arranged laterally adjacent one another. A top mount refrigerator includes an upper freezer compartment and a lower fresh food compartment. Finally, bottom mount models have the fresh food compartment located above the freezer compartment.

In bottom mount models, it is known to employ both pivoting freezer doors and freezer doors which slide between open and closed positions. In a bottom mount style refrigerator including either a pivoting or sliding door, it is known to employ one or more sliding baskets to store food items within the freezer compartment. More specifically, in connection with a bottom mount refrigerator including a pivoting freezer door, it is known to thermoform a freezer compartment defining liner with integral side rails upon which one or more baskets can be directly slidably supported. In bottom mount refrigerators employing sliding doors, it is common to mount elongated support members to the opposing side walls of the freezer compartment through the use of mechanical fasteners, and then to support one or more baskets, either directly or indirectly, upon the support members. Typically, in this case, at least the support for one of the baskets is also connected to the door such that, as the door is slid relative to a cabinet of the refrigerator, the basket shifts into and out of the freezer compartment. Most commonly, these types of bottom mount refrigerators employ metal liners into which mechanical fasteners in the form of screws are secured to attach the support members.

Given construction and assembly variations between these different types of bottom mount refrigerators, completely different liners are required depending on whether a pivoting or sliding door arrangement is desired. Therefore, it is not possible to simply change a bottom mount refrigerator designed for use with a pivoting door to employ a sliding door arrangement. Based thereon, it would be beneficial to provide a supplemental adapter assembly which would enable a bottom mount refrigerator cabinet to be used with either pivoting or sliding doors and their associated basket arrangements.

## SUMMARY OF THE INVENTION

The present invention is directed to a support assembly which is adapted to be fitted between rail structure formed in a thermoformed or injection molded freezer compartment liner of a bottom mount refrigerator in order to enable the refrigerator to be used with a slidably mounted freezer door/storage drawer combination. More specifically, a

2

freezer compartment liner, formed with integral side rail structure that can directly, slidably support storage drawers or baskets, is adapted to receive side support adapters that enable the liner to be used in combination with a slidable freezer door which is interconnected to extensible slide structure for one or more drawers or baskets.

In accordance with the most preferred embodiment of the invention, each side support adapter includes upper and lower basket support structure. The lower basket support structure defines a channel which is adapted to snap-fittingly receive a drawer support slide member that is indirectly attached to a slidable freezer door of the refrigerator. The upper basket support structure is defined by a ledge on each of the side adapters which provides a support surface for an upper basket to slide independently of the lower basket. Projecting from a rear of each side support adapter are multiple lugs which are received within grooves or recesses defined in the liner and rest on substantially horizontal ledge portions through which vertical loads are transferred to the overall cabinet of the refrigerator. Each side adapter is preferably tapered from front to back to offset a tapering of the thermoformed or injection molded liner. In this manner, the opposing side adapters extend substantially parallel to each other. Mechanical fasteners are used to secure the side support adapters in place.

Additional objects, features and advantages of the present invention will become more readily apparent from the following detailed description of a preferred embodiment when taken in conjunction with the drawings wherein like reference numerals refer to corresponding parts in the several views.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a partial exploded view of a bottom mount style refrigerator incorporating the freezer drawer support assembly of the invention;

FIG. 2 is an enlarged view of a side wall portion of a liner provided in the refrigerator of FIG. 1, with a side adapter of the freezer drawer support assembly shown adjacent thereto prior to mounting;

FIG. 3 is a rear view of the side adapter of the freezer drawer support assembly of the invention;

FIG. 4 is a partial view of the side wall portion of FIG. 2, with the side adapter of the freezer drawer support assembly of the invention secured thereto; and

FIG. 5 is a cross-sectional view of the overall drawer support assembly of the invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

With initial reference to FIG. 1, a refrigerator incorporating the invention is generally indicated at 2. Refrigerator 2 includes a cabinet shell 6 to which is attached a fresh food compartment door 10. At this point, it should be readily recognized that refrigerator 2 constitutes a bottom mount style refrigerator wherein fresh food compartment door 10 is adapted to seal off an upper fresh food compartment defined within cabinet shell 6. In a manner known in the art, fresh food compartment door 10 is preferably, pivotally mounted about a vertical axis to cabinet shell 6 through upper and lower hinges (not shown). Refrigerator 2 also includes a lower freezer compartment 13 which is defined by a liner 15. Freezer compartment 13 is adapted to be sealed by means of a freezer door 18 having an associated handle 19. In accordance with the present invention, freezer door 18 is adapted

3

to slide towards and away from cabinet shell **6** through the use of a slide assembly generally indicated at **22** in order to selective access or seal freezer compartment **13**.

As shown in this figure, slide assembly **22** generally includes a pair of opposing basket support plates **28** and **29** which are adapted to be fixedly secured to a rear portion of freezer door **18** through suitable brackets and fasteners (not shown). Basket support plates **28** and **29** respectively mate with a pair of door support plates **32** and **33** which, in turn, interconnect basket support plates **28** and **29** to respective extensible drawer slides **36** and **37**. As will be detailed more fully below, drawer slides **36** and **37** are interconnected to liner **15** of freezer compartment **13** through respective side adapters **40** and **41**. The present invention is particularly concerned with the inclusion, construction, and mounting of each side adapter **40**, **41** as will be detailed below. FIG. **1** also illustrates a lower basket **44** which is adapted to be carried by basket support plates **28** and **29** so as to be shiftable into and out of freezer compartment **13** with the movement of freezer door **18**.

FIG. **2** illustrates details of liner **15** and side adapter **40**. In general, liner **15** includes a flat bottom portion **52**, an inclined bottom portion **53**, a rear wall **54**, and opposing side walls **55**. Each side wall **55** is shown to include an aft section **57** and a frontal section **58**. In the preferred embodiment shown, aft and frontal sections **57** and **58** extend in different planes and are interconnected by an offset section **59**. In any event, frontal section **58** leads to a frontal edge generally indicated at **61**.

Formed in side wall **55**, from offset section **59** to directly adjacent rear wall **54**, is an elongated upper groove or recess **66**, as well as a lower groove or recess **67**. In general, upper and lower grooves **66** and **67** are formed in each side wall **55** in order to enable upper and lower baskets (not shown) to be slideably mounted within liner **15** when refrigerator **2** is utilized in combination with a pivoting freezer door. In accordance with the present invention, side adapters **40** and **41** are provided to mate with the structure of upper and lower grooves **66** and **67** in order to enable liner **15** to be utilized in connection with slideable freezer door **18** and slide assembly **22**.

Based on the above, it should be recognized that, although the actual configuration of upper and lower grooves **66** and **67** can take various forms, the preferred form shown in FIG. **2** is known in the art for use in connection with a bottom mount refrigerator employing a pivotable freezer door and upper and lower freezer baskets. In any event, the actual configuration shown for upper and lower grooves **66** and **67** are perhaps best defined by the supporting structure associated therewith. Therefore, due to the inclusion of lower groove **67**, side wall **55** is formed with a lower frontal ledge portion **73**, an intermediate, lower ledge portion **74**, and a lower, rear ledge portion **75**. In addition, due to the presence of upper groove **66**, side wall **55** defines an upper frontal ledge portion **80**, an upper intermediate ledge portion **81**, and an upper, rear ledge portion **82**. Again, this structure enables an upper rim of a lower basket, and a lower rim of an upper basket to extend between the side walls **55** of liner **15** and be slideably mounted for movement into and out of freezer compartment **13**. However, in accordance with the present invention, side adapters **40** and **41** are mounted utilizing the existing structure of side walls **55** to accommodate the overall slide assembly **22** in accordance with the invention.

Reference will now be made to FIGS. **2**-**4** in describing the construction of each side adapter **40**, **41** of the present invention. At this initial stage, it should be noted that side

4

adapters **40** and **41** are essentially mirror images of one another, such that the common structure will be described with respect to side adapter **40** shown in FIGS. **2** and **4** and side adapter **41** as shown in FIG. **3**. In general, each side adapter **40**, **41** includes a frontal section **90** and a rear section **91**. As it is important to enable freezer door **18** to shift straight away from cabinet shell **6** and return to a position which establishes a proper seal, each side adapter **40**, **41** is specifically constructed to accommodate for any divergence between side walls **55** of liner **15** in order that side adapters **40** and **41** define parallel paths for extensible drawer slides **36** and **37**. Therefore, in accordance with the most preferred form of the invention, each side adapter **40**, **41** slightly tapers from frontal section **90** to rear section **91** as indicated in these figures.

In any event, each side adapter **40**, **41** is shown to include an upstanding wall **95** which follows the contour of side wall **55** from offset section **59** through aft section **57**, with upstanding wall **95** leading to an upper ledge **96**. In turn, upper ledge **96** leads to an upper wall **97** behind which is defined an elongated recess indicated at **98** in FIG. **3**. Preferably defined within recess **98** is a first boss **101** provided with a hole **102**, as well as a second boss **103** provided with a corresponding hole **104**. Below upper wall **97** is provided a recessed, intermediate wall **105** that is shown to include an upper row of slots **107** and a lower row of slots **108**. Located forward of recess **98** is a third boss **111** having an associated hole **112**. As will be detailed more fully below, first, second and third bosses **101**, **103** and **111** are adapted to receive mechanical fasteners through respective holes **102**, **104** and **112** in mounting side adapters **40** and **41** to liner **15**. For reinforcement purposes, a plurality of ribs, such as those indicated at **115**-**117** are provided as structural reinforcements around bosses **101**, **103** and **111** respectively. An additional structural reinforcement **121** is preferably provided forward of third boss **111** as well.

In the most preferred form of the invention, each side adapter **40**, **41** is injection molded of plastic. Most preferably, when forming each side adapter **40**, **41**, intermediate wall **105** is integrally formed with an upper frontal lug **127** and a rear lug **132**. In the most preferred form of the invention, each of upper frontal lug **127** and rear lug **132** is generally boxed-shaped, with at least upper frontal lug **127** being provided with various cross supports **135**. Also formed along intermediate wall **105** is a pair of central bosses **139** and **140**, as well as a cantilevered member **143**.

Below intermediate wall **105**, and preferably beneath upper frontal lug **127**, is a lower frontal lug **147**. In accordance with the embodiment shown, lower frontal lug **147** includes a main plate portion **148** from which extend a plurality of ribs **149**. Also arranged below intermediate wall **105** is a lower wall **151** which is shown to be formed with a fourth boss **153**.

As shown in FIGS. **2**-**4**, upper ledge **96** has projecting therefrom an upstanding stop **155**. Upstanding stop **155** is spaced from upstanding wall **95** by upper ledge **96**. Adjacent upstanding stop **155**, upper ledge **96** leads to a lateral section **157** of a respective side adapter **40**, **41**. Lateral section **157** forms part of frontal section **90** and leads to a forwardly sloping section **160**, a front face section **163**, a rearwardly sloping section **165**, and a short bottom section **167**. With this overall construction, each side adapter **40**, **41** defines a channel **176** that extends along intermediate wall **105** and which defines a lower ledge **178**. Channel **176** is also defined, at least laterally, by an upper row of teeth members **179** and a lower row of teeth members **180**. As clearly shown in these figures, cantilevered member **143** is exposed to

5

channel 176 and is provided at a rear end thereof with a wedge section 188 which projects into channel 176.

During assembly of refrigerator 2, liner 15 is preferably thermoformed with upper and lower grooves 66 and 67. With this construction, liner 15 can be used to directly, slideably support upper and lower freezer baskets when refrigerator 2 is used in combination with a pivoting freezer door. However, in accordance with the present invention wherein freezer door 15 is slideable relative to cabinet shell 6, each side wall 55 has mounted thereon a respective side adapter 40, 41. In mounting each side adapter 40, 41, upper frontal lug 127 is positioned to rest upon upper frontal ledge portion 80, rear lug 132 is positioned upon upper rear ledge portion 82, and lower frontal lug 147 sets upon lower frontal ledge portion 73. The resting of upper frontal lug 127 and lower frontal lug 147 in this manner is seen to be clearly illustrated in FIG. 5.

Due to the construction of each side adapter 40, 41, frontal section 90 is made to conform to frontal section 58, as well as offset section 59, of a respective side wall 55. Correspondingly, rear section 91 conforms to aft section 57 of side wall 55. Once supported in this fashion, mechanical fasteners (not shown) are extended through holes 102, 104 and 112 in bosses 101, 103 and 111 in order to fixedly secure each side adapter 40, 41 to a respective side wall 55. Most preferably, refrigerator 2 is provided with mounting structure, such as in the form of plates, which are arranged behind liner 15 at the location of at least bosses 101, 103 and 111, with this mounting structure being rigidly maintained in a desired position upon the curing of foamed insulation injected between cabinet shell 6 and liner 15 in a manner known in the art. Therefore, the threaded fasteners associated with bosses 101, 103 and 111 extend not only through liner 15 but also additional mounting structure to secure each side adapter 40, 41 in place. If desired, an additional fastening point can be established at fourth boss 153.

Once side adapters 40 and 41 are mounted in this fashion, each drawer slide 36, 37 can be secured to a respective side adapter 40, 41 within channel 176. More specifically, each drawer slide 36, 37 is slid upon a respective lower ledge 178, between intermediate wall 105 and the upper and lower rows of teeth members 179 and 180. As best shown in FIG. 5, each drawer slide 36, 37 preferably includes an outermost cabinet member 201, an intermediate member 202 and a drawer member 203. Interposed between cabinet member 201 and intermediate member 202 are respective ball bearings 206. Similarly, ball bearings 207 are provided between intermediate member 202 and drawer member 203.

In any event, each drawer slide 36, 37 is adapted to be mounted within a respective channel 176. As cabinet member 201 reaches cantilevered member 143, the abutment with wedge section 188 will cause cantilever member 143 to deflect inward, thereby allowing at least a portion of cabinet member 201 to pass cantilever member 143. Although not shown in these figures, cabinet member 201 preferably includes an aperture which becomes aligned with wedge section 188 upon full insertion of slide assembly 22 within channel 176 such that cantilevered member 143 will be caused to again deflect to the position shown in FIGS. 2 and 4, thereby selectively retaining drawer slide 36, 37 in position. Actually, there is preferably a rather snug fit between drawer member 201 and channel 176 as generally represented in FIG. 5.

As also shown in this figure, drawer member 203 is fixedly secured to a respective door support plate 32, 33 which, in turn, is interconnected to a respective basket support plate 28, 29. Since each basket support plate 28, 29

6

is secured to freezer door 18, when freezer door 18 is pulled away from cabinet shell 6, basket support plates 28 and 29 and door support plates 32 and 33 will be drawn out of freezer compartment 13 with drawer member 203. Drawer member 203 will be shifted relative to intermediate member 202 due to the arrangement of ball bearings 207. When drawer member 203 reaches a fully extended position, then both drawer member 203 and intermediate member 202 will extend relative to cabinet shell 6 and cabinet member 201. Eventually, extensible drawer slides 36 and 37 will achieve their maximum extended position, at which point at least basket 44 is fully exposed outside of freezer compartment 13.

Based on the above description, it should be readily apparent that the inclusion of side adapters 40 and 41 not only enable the use of a common liner 15 on various model refrigerators, but accommodates the tapering of side walls 55 to assure that extensible drawer slides 36 and 37 will extend parallel to one another. The incorporation, structure and positioning of lugs 127, 132 and 147 enable each side adapter 40, 41 to nest in the existing geometry formed into liner 15 either through a thermoforming or injection molding process. Therefore, lugs 127, 132 and 147 transfer vertical loads directly to the overall foamed refrigerator assembly which is considered to be extremely advantageous, as opposed to hanging side adapters 40, 41 from liner 15 solely through the use of screws and anchors. The inclusion of cantilevered member 143 and wedge section 188 advantageously provides a snap feature for the mounting of a respective drawer slide 36, 37 and prevents the drawer slide 36, 37 from undesirably sliding forward. Upper ledge 96 on each side adapter 40, 41 establishes a setting surface for an upper basket (not shown) which can slide independently of drawer slides 36 and 37. This configuration is considered to allow a greater range of motion for an upper basket. When such an upper basket is employed, it should be noted that the basket can be drawn out to also rest upon an uppermost edge 210 of basket support plates 28 and 29.

Although described with reference to a preferred embodiment of the invention, it should be readily understood that various changes and/or modifications can be made to the invention without departing from the spirit thereof. For instance, it should be readily apparent that side adapters 40 and 41 have been configured based on the preferred construction shown for side walls 55 of liner 15. This configuration is currently used in connection with a freezer compartment 13 of approximately 33 inches wide. On more narrow models wherein only a single basket may be utilized, only a single groove may be provided in the liner. Therefore, the actual configuration of the side adapters and the number of lugs for supporting the same would correspondingly change. Of course, it is also known to produce refrigerator liners with inwardly projecting rails and a side adapter in accordance with the present invention could also be configured for use with this type of arrangement. Regardless, given that the invention is intended for use in connection with a slideable freezer door 18, it is important to maintain the parallel relationship between the respective channels 176 and therefore side adapters 40 and 41 must be constructed in such a manner as to compensate for variations in the lateral dimensions of the freezer liner, such as in cases where the freezer liner tapers from front to rear. In any event, side adapters 40 and 41 can advantageously define support structure for multiple baskets and are integrally formed with lug structure which effectively transfers vertical loading. In general, the invention is only intended to be limited by the scope of the following claims.

US 7,240,980 B2

7

I claim:

**1**. A refrigerator comprising:

an upper fresh food compartment having an associated fresh food compartment door;

a lower freezer compartment having an associated freezer compartment door, said freezer compartment being defined by a liner including opposing side walls having a respective laterally outwardly projecting offset sections;

a freezer drawer support assembly including first and second side adapters, each having a respective front section and a respective channel, and a pair of extensible drawer slides, each of said first and second side adapters being mounted to respective ones of the opposing side walls with a portion of the front section extending forward of and about the offset section, said pair of extensible drawer slides being mounted in the channels of the first and second side adapters, said freezer door being connected to the extensible drawer slides for fore-to-aft movement in order to selectively provide access to the freezer compartment; and

a basket slidably supported by first and second side adapters.

**2**. The refrigerator according to claim **1**, wherein each of the opposing side walls of the liner includes at least one groove defining a ledge portion and each of said first and second side adapters is provided with a plurality of lugs extending from a rear section thereof, said plurality of lugs extending into the at least one groove and nesting with the ledge portion.

**3**. The refrigerator according to claim **1**, wherein each of the first and second side adapters includes a plurality of bosses which receive mechanical fasteners for fixing each of the first and second side adapters to the liner.

**4**. The refrigerator according to claim **1**, wherein each of the first and second side adapters includes an upper wall, a lower wall and an intermediate wall, said intermediate wall being recessed relative to the upper and lower walls so as to define the channel.

**5**. The refrigerator according to claim **4**, further comprising: a plurality of spaced teeth members extending from each of the upper and lower walls, said channel being defined laterally between the intermediate wall and the plurality of spaced teeth members.

**6**. The refrigerator according to claim **1**, further comprising: a member cantilevered from the first side adapter and projecting into the channel for snap-fittingly engaging a respective one of the drawer slides.

**7**. The refrigerator according to claim **1**, wherein the opposing side walls of the liner taper fore-to-aft such that a distance between the opposing side walls at a front portion of the freezer compartment is greater than a distance between the opposing side walls at a rear portion of the freezer compartment.

**8**. A refrigerator comprising:

an upper fresh food compartment having an associated fresh food compartment door;

a lower freezer compartment having an associated freezer compartment door, said freezer compartment being defined by a liner including opposing side walls; and

a freezer drawer support assembly including:

first and second side adapters, each having a front section and a channel, mounted to respective ones of the opposing side walls, each of said first and second side adapters being provided with a cantilevered member located within a respective said channel; and

8

a pair of extensible drawer slides snap-fittingly attached to the cantilevered members in the channels of the first and second side adapters, said freezer compartment door being connected to the extensible drawer slides for fore-to-aft movement relative to the liner in order to selectively provide access to the freezer compartment.

**9**. The refrigerator according to claim **8**, wherein each of the extensible drawer slides includes a cabinet member, an intermediate member and a drawer member which are extensibly interconnected.

**10**. The refrigerator according to claim **9**, further comprising: a wedge section provided on each cantilevered member, said wedge section snap-fittingly engaging the cabinet member to retain a respective one of the extensible drawer slides in a respective channel.

**11**. The refrigerator according to claim **8**, wherein each of the first and second side adapters includes an upper wall, a lower wall and an intermediate wall, said intermediate wall being recessed relative to the upper and lower walls so as to define the channel.

**12**. The refrigerator according to claim **11**, further comprising: a plurality of spaced teeth members extending from each of the upper and lower walls, said channel being defined laterally between the intermediate wall and the plurality of spaced teeth members.

**13**. The refrigerator according to claim **8**, wherein the opposing side walls of the liner taper fore-to-aft such that a distance between the opposing side walls at a front portion of the freezer compartment is greater than a distance between the opposing side walls at a rear portion of the freezer compartment.

**14**. The refrigerator according to claim **8**, further comprising:

a pair of basket support plates fixed to the freezer door; and

a basket slidably supported by the pair of basket support plates.

**15**. In a refrigerator including an upper fresh food compartment having an associated fresh food compartment door and a lower freezer compartment having an associated freezer compartment door, with said freezer compartment being defined by a liner including opposing side walls having a laterally outwardly projecting offset section, a method of mounting a freezer drawer support assembly comprising:

mounting first and second side adapters on respective ones of the opposing side walls, each of said first and second side adapters including a front face section and a channel;

positioning a portion of the front face section of each of the first and second side adapters upon the laterally outwardly projecting offset section to establish a desired parallel alignment of the channels; and

attaching first and second extensible drawer slides in the channels of the first and second side adapters, with the freezer compartment door being connected to the pair of extensible drawer slides for sliding movement relative to the liner.

**16**. The method of claim **15**, further comprising: snap-fitting the first and second extensible drawer slides in corresponding ones of the channels of the first and second side adapters.

**17**. The method of claim **15**, wherein the first and second extensible drawer slides are snap-fittingly secured in corresponding ones of the channels of the first and second side adapters through respective cantilevered members.

US 7,240,980 B2

9

10

**18**. The method of claim **15**, further comprising: positioning the first and second extensible drawer slides vertically between upper and lower walls, and laterally between an intermediate wall and a plurality of teeth members, formed on each of the first and second side adapters.

**19**. The method of claim **15**, further comprising: fixing each of the first and second side adapters within the freezer compartment with the side adapters tapering from back to front in order to compensate for a front to rear tapering of the

side walls of the freezer compartment such that the first and second extensible drawer slides are arranged substantially parallel to each other.

**20**. The method of claim **15**, further comprising:

attaching basket support plates to respective ones of the first and second extensible drawer slides; and

slidably supporting a basket on the basket support plates.

\* \* \* \* \*

# EXHIBIT   B

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

LG ELECTRONICS U.S.A., INC.,
LG ELECTRONICS, INC., &
LG ELECTRONICS MONTERREY
MEXICO, S.A., DE, CV,

                  Plaintiffs,

      v.

WHIRLPOOL CORPORATION,
WHIRLPOOL PATENTS COMPANY,
WHIRLPOOL MANUFACTURING
CORPORATION, & MAYTAG
CORPORATION,

                  Defendants.

Civil Action No. 08-1869 (FSH)(PS)

Hon. Faith S. Hochberg, U.S.D.J.
Hon. Patty Shwartz, U.S.M.J.

**STIPULATION AND ORDER
OF TRANSFER**

      IT IS HEREBY STIPULATED AND AGREED by and between plaintiffs, LG
Electronics U.S.A., Inc., LG Electronics, Inc. and LG Electronics Monterrey Mexico, S.A., DE,
CV (collectively "the LG Plaintiffs"), and defendants, Whirlpool Corporation, Whirlpool Patents
Company, Whirlpool Manufacturing Corporation and Maytag Corporation (collectively "the
Whirlpool Defendants"), as follows:

      1.      On April 16, 2008, the LG Plaintiffs commenced this action ("the New Jersey
action") with the filing of a complaint seeking a declaration of non-infringement, invalidity and
unenforceability with respect to five patents held by the Whirlpool Defendants. The patents-at-
issue are the same patents that the Whirlpool Defendants presented in a complaint in the

International Trade Commission ("ITC") on January 23, 2008. The ITC does not provide for declaratory judgment relief of non-infringement, invalidity and unenforceability.

2.     On April 24, 2008, plaintiffs LG Electronics, Inc. and LG Electronics USA, Inc. (collectively "LG") commenced an action against defendant Whirlpool Corporation ("Whirlpool") in the United States District Court for the District of Delaware, Civil Action No. 08-234 ("the Delaware action"), alleging infringement of three patents held by LG.

3.     On May 1, 2008, the Whirlpool Defendants filed a counterclaim against the LG Plaintiffs in the Delaware action seeking a declaration of non-infringement, invalidity and unenforceability with respect to the three patents referenced in LG's Delaware complaint and further alleging infringement by the LG Plaintiffs of three of the five patents that are the subject of the New Jersey action. The Whirlpool Defendants' counterclaim (as amended) also alleges infringement by the LG Plaintiffs of three additional patents held by the Whirlpool Defendants.

4.     On May 1, 2008, the Whirlpool Defendants filed a motion in the New Jersey action seeking its transfer to the District of Delaware pursuant to 28 U.S.C. §1404(a) based, *inter alia*, on the current overlap between the issues raised in the two cases. After considering the issues raised by that motion and the present status of the cases between them, the LG Plaintiffs and the Whirlpool Defendants have conferred and are in agreement that an order may be entered by this Court effecting the transfer of the New Jersey action to the District of Delaware pursuant to the provisions of 28 U.S.C. §1404(a) and providing further that all motions and matters in the New Jersey action shall be held in abeyance, and all deadlines for responding shall be extended, pending the completion of the transfer to the District of Delaware, at which time the parties agree that a two-week response period for the Whirlpool Defendants' two additional pending motions will be triggered.

Dated: May 14, 2008

_____
Thomas R. Curtin
George C. Jones
Kathleen N. Fennelly
GRAHAM CURTIN
A Professional Association
4 Headquarters Plaza, P.O. Box 1991
Morristown, New Jersey 07962-1991
Tel: (973) 292-1700
Fax: (973) 292-1767

*Attorneys for Plaintiffs*
*LG Electronics U.S.A., Inc.,*
*LG Electronics, Inc. and LG Electronics*
*Monterrey Mexico, S.A., DE, CV*

_____
Seth T. Taube
Richard B. Harper
Lance D. Cassak
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 408-2500
Fax: (212) 408-2501

*Attorneys for Defendants*
*Whirlpool Corp., Whirlpool Patents Co.,*
*Whirlpool Manufacturing Corp., and*
*Maytag Corp.*

**SO ORDERED** this _____ day of May, 2008.   The Clerk shall take all actions

necessary to promptly effect the transfer of this action to the District of Delaware.

_____
HONORABLE FAITH S. HOCHBERG
United States District Judge

3

576103_1

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
OFFICE OF THE CLERK
50 Walnut Street
NEWARK, NEW JERSEY 07101

WILLIAM T. WALSH
Clerk

**CAMDEN OFFICE**
1 John F. Gerry Plaza
CAMDEN, NJ 08101

**TRENTON OFFICE**
402 EAST STATE STREET
ROOM 2020
TRENTON, NJ 08608

REPLY TO: NEWARK

**RECEIVED**

JUN 6 - 2008

AT 8:30 _____ M
WILLIAM T. WALSH, CLERK

Peter T. Dalleo, Clerk
J. Caleb Boggs Federal Bldg.
844 North King Street
Wilmington, DE 19801-3570

0 8 ~ 3 3 2

Re:     **LG Electronics U.S. A. Inc. -v- Whirlpool Corporation, et al**
        **Civil 08-1869**

Dear Clerk:

The above-captioned case has been transferred to your court pursuant to the enclosed Certified copy of the Order dated 5/15/2008 you can obtain the original record by accessing CM/ECF through PACER. Kindly acknowledge receipt on the duplicate of this letter, which is provided for your convenience.

Very truly yours,

WILLIAM T. WALSH, Clerk

By:     Norma Rodriguez
        Deputy Clerk

**RECEIPT ACKNOWLEDGED BY:** _Elizabeth Dina_ **DATE:** _6/ 3/ 08_ .

**, YOUR CIVIL DOCKET NUMBER:** _____ .

## **Instructions for Retrieving Electronic Case Files**

1. Access the CM/ECF website for the District of New Jersey at https://ecf.njd.uscourts.gov

2. Click on:    Link to Electronic Filings System (Live)

3. At the ECF/PACER Login Screen, enter your Court's PACER Login and Password

4. On the CM/ECF toolbar, choose:

- Reports
- Docket Sheet
- Enter Case Number in the following format:
- Run Report

  ▸ To view a document from the docket sheet, click on the blue "underlined" document number;

  ▸ To download, click on File>Save a Copy and save to your specific directory;

  ▸ If the document does not have an underlined document number, it is either:

    - A text only entry and no document is attached, or
    - An entry made prior to electronic case filing and the original is enclosed, or
    - The document included an attachment too large for the electronic case filing system and is enclosed.

If you have any questions, our ECF help-desk telephone numbers are as follows:

- ▸ Camden - 866-726-0726 or 856-757-5285
- ▸ Newark - 866-208-1405 or 973-645-5924
- ▸ Trenton - 866-848-6059 or 609-989-2004

# EXHIBIT  C

**UNITED STATES INTERNATIONAL TRADE COMMISSION**

**Washington, D.C.**

| | |
|---|---|
| In the Matter of<br><br>**CERTAIN REFRIGERATORS AND**<br>**COMPONENTS THEREOF** | **Inv. No.  337-TA-632** |

ORDER NO. 8:    **INITIAL DETERMINATION GRANTING COMPLAINANTS'**
                 **MOTION FOR PARTIAL TERMINATION BASED ON**
                 **WITHDRAWAL OF CERTAIN ALLEGATIONS IN THE**
                 **COMPLAINT**

(June 9, 2008)

On May 1, 2008, complainants Whirlpool Patent Company, Whirlpool Manufacturing

Corporation, Whirlpool Corporation, and Maytag Corporation (collectively "Whirlpool") filed a

motion to partially terminate the investigation based on their withdrawal of two of the five

originally-asserted patents.  (Motion Docket No. 632-003.)  Specifically, Whirlpool withdraws its

infringement claims with respect to U.S. Patent Nos. 6,971,730 and 7,240,980 (the "withdrawn

patents").

On May 12, 2008, respondents LG Electronics, Inc., LG Electronics, USA, Inc., and LG

Electronics Monterrey Mexico S.A. de C.V. (collectively "LG") filed a response supporting the

motion to partially terminate, but arguing that LG should still be entitled to discovery related to

the withdrawn patents to support a claim that Whirlpool failed to comply with its pre-filing

obligations.[1]

Under Commission Rule 210.21(a)(1), "[a]ny party may move at any time prior to the

---

[1]  Whirlpool's motion for leave to file a reply in support of its motion for partial
termination is hereby GRANTED.  (Motion Docket No. 632-004.)

issuance of an initial determination on violation of section 337 of the Tariff Act of 1930 for an order to terminate an investigation in whole or in part as to any or all respondents, on the basis of withdrawal of the complaint or certain allegations contained therein...The presiding administrative law judge may grant the motion in an initial determination upon such terms and conditions as he deems proper." 19 C.F.R. § 210.21(a)(1). Based on a review of the motion and responses thereto, the Court will grant Whirlpool's motion and terminate the investigation with respect to the withdrawn patents.

While LG supports the partial termination motion, it seeks a ruling from the Court allowing it to continue with discovery related to the withdrawn patents for the purpose of supporting its argument that Whirlpool failed to conduct an adequate pre-filing investigation. The Court declines to allow such discovery and instead instructs the parties to focus on the three patents that are still active in this investigation. The Court sees no value in extending the burden and expense of discovery by allowing LG to take discovery solely for the purpose of gathering evidence for a possible sanctions motion related to patents that are no longer part of this investigation.[2]

Accordingly, it is the Court's Initial Determination that Motion No. 632-003 be GRANTED and the investigation be partially terminated with respect to U.S. Patent Nos. 6,971,730 and 7,240,980. This initial determination is hereby certified to the Commission.

---

[2] The Court also rejects LG's argument that evidence related to Whirlpool's pre-filing investigation with respect to the withdrawn patents is relevant to demonstrate a "pattern of conduct" by Whirlpool in failing to perform adequate pre-filing investigations. LG Resp. at 8-11. LG is still able to take discovery related to Whirlpool's pre-filing investigation with respect to the three remaining patents, and can still move for sanctions if the evidence proves that Whirlpool failed to perform an adequate infringement analysis on the three remaining patents prior to initiating this investigation.

Pursuant to 19 C.F.R. § 210.42(h), this Initial Determination shall become the determination of the Commission unless a party files a petition for review of the Initial Determination pursuant to 19 C.F.R. § 210.43(a), or the Commission, pursuant to 19 C.F.R. § 210.44, orders, on its own motion, a review of the Initial Determination or certain issues herein. **SO ORDERED.**

Theodore R. Essex
Administrative Law Judge

3

IN THE MATTER OF CERTAIN REFRIGERATORS          Inv. No. 337-TA-632
AND COMPONENTS THEREOF


## CERTIFICATE OF SERVICE

I, Marilyn R. Abbott, hereby certify that the attached **ORDER** was served upon, **Rett Snotherly, Esq.**, Commission Investigative Attorney, and the following parties via first class mail and air mail where necessary on        June 9,                                                    **2008**.

Marilyn R. Abbott, Secretary
U.S. International Trade Commission
500 E Street, SW, Room 112A
Washington, D.C. 20436


## COMPLAINANTS WHIRLPOOL PATENTS COMPANY, WHIRLPOOL MANUFACTURING CORPORATION, WHIRLPOOL CORPORATION, MAYTAG CORPORATION:

Scott F. Partridge, Esq.
Paul R. Morico, Esq.
Amanda Woodall, Esq.
Elizabeth L. Durham, Esq.
**BAKER BOTTS, LLP**
One Shell Plaza
910 Louisiana Street
Houston, TX 77002

Frederick G Michaud, Esq.
Kristiana Brugger, Esq.
**BAKER BOTTS, LLP**
The Warner
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400

**IN THE MATTER OF CERTAIN REFRIGERATORS**          Inv. No. 337-TA-632
**AND COMPONENTS THEREOF**

## CERTIFICATE OF SERVICE - PAGE 2

### RESPONDENTS  LG ELECTRONICS, INC, LG ELECTRONICS, USA, INC and LG ELECTRONICS MONTERREY

> Thomas L. Jarvis, Esq.
> Andrew C. Sonu, Esq.
> Richard L. Stroup, Esq.
> Parmanand K. Sharma, Esq.
> Paul C. Goulet, Esq.
> **FINNEGAN, HENDERSON, FARABOW**
> **GARRETT & DUNNER, LLP.**
> 901 New York Avenue, NW
> Washington, DC 20001-4413

**IN THE MATTER OF CERTAIN REFRIGERATORS**          Inv. No. 337-TA-632
**AND COMPONENTS THEREOF**

## CERTIFICATE OF SERVICE - PAGE 3

### PUBLIC MAILING LIST

Sherry Robinson
LEXIS - NEXIS
8891 Gander Creek Drive
Miamisburg, OH 45342

Ronnita Green
Thomson West
1100 Thirteen Street, NW, Suite 200
Washington, D.C. 20005