IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG ELECTRONICS U.S.A., INC., LG ELECTRONICS, INC., and LG ELECTRONICS MONTERREY MEXICO, S.A., DE, CV,<br><br>Plaintiffs,<br>v.<br><br>WHIRLPOOL CORP., WHIRLPOOL PATENTS CO., WHIRLPOOL MANUFACTURING CORP., and MAYTAG CORP.,<br><br>Defendants. | C.A. No. 08-332 (GMS)<br>(Transferred from the District of New Jersey – C.A. No. 08-1869-FSH) |

## JOINT STATEMENT
## PURSUANT TO L.R. 81.2

The following motions and related briefings, transferred from the U.S. District Court for the District of New Jersey, C.A. No. 08-1869-FSH, are outstanding for the Court's consideration:

(1) Plaintiffs LG Electronics U.S.A., Inc., LG Electronics, Inc., and LG Electronics Monterrey Mexico, S.A., DE, CV's (collectively "LG") Motion to Stay Pursuant to 28 U.S.C. § 1659 filed on May 15, 2008 (D.I. 19), including LG's Memorandum in Support of Its Motion to Stay (D.I. 19-2); Defendants Whirlpool Corp., Whirlpool Patents Co., Whirlpool Manufacturing Corp., and Maytag Corp.'s (collectively "Whirlpool") Opposition to LG's Motion to Stay filed on June 5, 2008 (D.I. 28); and LG's Reply to Whirlpool's Opposition filed on June 16, 2008 (D.I. 31);

(2) Whirlpool's Motion to Dismiss Counts Four and Five of Plaintiffs' Complaint filed May 1, 2008 (D.I. 5) including Whirlpool's Memorandum in Support of Its Motion to Dismiss (D.I. 6); and LG's Response to Whirlpool's Motion to Dismiss filed on June 18, 2008 (D.I. 32); and Whirlpool's Reply to be filed pursuant to L.R. 7.1.2(b);

1

(3) Whirlpool's Motion for an Extension of Time to Respond to Plaintiffs' Complaint Pursuant Rule 12(a)(4) filed on May 7, 2008 (D.I. 16) including Whirlpool's Memorandum in Support of Its Motion to for an Extension of Time (D.I. 17); LG's Response to Whirlpool's Motion for an Extension of Time filed on June 18, 2008 (D.I. 32); and Whirlpool's Reply to be filed pursuant to L.R. 7.1.2(b).

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
Anne Shea Gaza (#4093)
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
One Rodney Square
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
gaza@rlf.com

OF COUNSEL:
Scott F. Partridge
Paul R. Morico
BAKER BOTTS, L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002
(713) 229-1569
scott.partridge@bakerbotts.com
paul.morico@bakerbotts.com

Attorneys for Defendants
WHIRLPOOL CORP., WHIRLPOOL PATENTS CO., WHIRLPOOL MANUFACTURING CORP., and MAYTAG CORP.

/s/ Richard K. Herrmann
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
Amy A. Quinlan (#3021)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com
aquinlan@morrisjames.com

OF COUNSEL:
Patrick J. Coyne
Richard L. Stroup
Andrew C. Sonu
Walter D. Davis, Jr.
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001-4413

Attorneys for Plaintiffs
LG ELECTRONICS U.S.A., INC., LG ELECTRONICS, INC., and LG ELECTRONICS MONTERREY MEXICO, S.A., DE, CV

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2008, I electronically filed the foregoing document and the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following who have been served as noted:

**VIA HAND DELIVERY AND ELECTRONIC MAIL**

Richard K. Herrmann
Mary B. Matterer
Amy A. Quinlan
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494

**VIA ELECTRONIC MAIL**

Patrick J. Coyne
Richard L. Stroup
Andrew C. Sonu
Walter D. Davis, Jr.
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC  20001-4413

*/s/ Frederick L. Cottrell, III*
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com