IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LG ELECTRONICS U.S.A., INC., et al.,

           Plaintiffs,

v.

WHIRLPOOL CORP., et al.,

           Defendants.

C.A. No. 08-332 (GMS)
(Transferred from the District of New Jersey – C.A. No. 08-1869-FSH)

### ORDER

The Court, having considered Defendants Whirlpool Corp., Whirlpool Patents Co., Whirlpool Manufacturing Corp., and Maytag Corp.'s motion to dismiss Counts Four and Five of Plaintiffs' Complaint and motion for an Extension of Time to Respond to Plaintiffs' Complaint Pursuant to Rule 12(a)(4) (collectively, the "Motions") and finding that the Motions are unopposed by Plaintiffs LG Electronics U.S.A., Inc., LG Electronics, Inc., and LG Electronics Monterrey Mexico, S.A., DE, CV,

IT IS HEREBY ORDERED this 26th day of June, 2008 that:

    (i)    Defendants' Motions are GRANTED;

    (ii)    Counts Four and Five of Plaintiffs' Complaint, and all claims therein, are DISMISSED; and

    (iii)    Defendants have until such time as set forth in Fed. R. Civ. P. 12(a)(4) to answer the remaining counts in Plaintiffs' Complaint.



Chief Judge Gregory M. Sleet
United States District Judge

NY02:627704.2

**FILED**

JUN 2 6 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE