IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG ELECTRONICS U.S.A., INC., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) Civil Action No. 08-332 (GMS) <br> ) <br> WHIRLPOOL CORPORATION, et al., ) <br> ) <br> Defendants. ) <br> ) | |

## MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of Richard L. Stroup, Andrew C. Sonu, Walter D. Davis, Jr., K. Kevin Mun and Hayley S. Weimer of the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner LLP to represent Plaintiffs in this matter.

Dated:  July 11, 2008

       */s/ Richard K. Herrmann*
Richard K. Herrmann (I.D. #405)
Mary B. Matterer (I.D. #2696)
Amy A. Quinlan (I.D. # 3021)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com

Attorneys for Plaintiffs

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac vice* is granted.

Dated: _____         _____
                                                                                  Gregory M. Sleet, J.

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Virginia and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has previously been submitted to the Clerk's office.

Date: June __//__, 2008

Signed: _____
Richard L. Stroup, Esq.
Finnegan, Henderson, Farabow, Garrett
& Dunner LLP
901 New York Ave, NW
Washington, DC 20001-4413
(202) 408-4000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealths of Pennsylvania and Virginia, the State of New Jersey and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.  In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has previously been submitted to the Clerk's office.

Date:  July 11, 2008            Signed: _____
                                        Andrew C. Sonu, Esq.
                                        Finnegan, Henderson, Farabow, Garrett
                                            & Dunner LLP
                                        Two Freedom Square
                                        11955 Freedom Drive
                                        Reston, VA  20190-5675
                                        (571) 203-2700

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Virginia and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has previously been submitted to the Clerk's office.

Date: June 19, 2008

Signed: _____
Walter D. Davis, Jr., Esq.
Finnegan, Henderson, Farabow, Garrett
 & Dunner LLP
901 New York Ave, NW
Washington, DC 20001-4413
(202) 408-4000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Virginia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has previously been submitted to the Clerk's office.

Date:  June 19, 2008                         Signed: _____
                                             K. Kevin Mun, Ph.D., Esq.
                                             Finnegan, Henderson, Farabow, Garrett
                                                 & Dunner LLP
                                             Two Freedom Square
                                             11955 Freedom Drive
                                             Reston, VA  20190-5675
                                             (571) 203-2700

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Virginia and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has previously been submitted to the Clerk's office.

Date: June 19, 2008         Signed: _____
                                    Hayley S. Weimer, Esq.
                                    Finnegan, Henderson, Farabow, Garrett
                                        & Dunner LLP
                                    901 New York Ave, NW
                                    Washington, DC 20001-4413
                                    (202) 408-4000