# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LG ELECTRONICS U.S.A., INC., et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 08-332 (GMS) |
| WHIRLPOOL CORPORATION, et al., | ) |
| Defendants. | ) |

## MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of Patrick J. Coyne and Jeffrey W. Abraham of the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner LLP to represent Plaintiffs in this matter.

Dated: July 16, 2008

    */s/ Richard K. Herrmann*
Richard K. Herrmann (I.D. #405)
Mary B. Matterer (I.D. #2696)
Amy A. Quinlan (I.D. # 3021)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com

Attorneys for Plaintiffs

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac vice* is granted.

Dated: _____

_____
Gregory M. Sleet, J.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has previously been submitted to the Clerk's office.

Date:   July 11, 2008          Signed:  _____
                                        Patrick J. Coyne, Esq.
                                        Finnegan, Henderson, Farabow, Garrett
                                            & Dunner LLP
                                        901 New York Ave, NW
                                        Washington, DC  20001-4413
                                        (202) 408-4000

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Florida and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has previously been submitted to the Clerk's office.

Date: July 14, 2008          Signed: _____
                                     Jeffrey W. Abraham, Esq.
                                     Finnegan, Henderson, Farabow, Garrett
                                             & Dunner LLP
                                     901 New York Ave, NW
                                     Washington, DC  20001-4413
                                     (202) 408-4000